IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSENFIELD & COMPANY, PLLC,

       Plaintiff,

v.                                          CASE NO.:

TRACHTENBERG, RODES & FRIEDBERG LLP,

       Defendant.

-----------------------------------------------------------------/

<u>NOTICE OF REMOVAL</u>

       Defendant, Trachtenberg Rodes & Friedberg LLP ("Defendant" or "TRF"), hereby gives notice that, pursuant to 28 U.S.C. §1332, 1441 and 1446, the civil action currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida (the "State Court"), captioned *Rosenfield & Company, PLLC v. Trachtenberg, Rodes & Friedberg LLP*, Case No. 2020-CA-011503-O (the "State Court Action"), is removed to this Court without waiving any rights to which Defendant may be entitled and states:

       1.      Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders that have been served upon Defendant are attached as **Composite Exhibit 1**.

       2.      **This Notice of Removal is Timely**     The Complaint in the State Court Action, a copy of which is included within Exhibit 1 hereto (the "Complaint"), was filed in the State Court on or about November 18, 2020.  However, the Complaint, along with a summons, was not delivered to and received by Defendant until December 11, 2020.  Accordingly, pursuant to 28 U.S.C. §1446(b)(1), this notice of removal is timely filed within thirty (30) days of the date upon which Defendant received a copy of the initial pleading in the State Court Action.

3.   **Jurisdiction**   Removal of the State Court Action to this Court is proper under 28 U.S.C. §1441(a) inasmuch as this Court has original jurisdiction of said action under 28 U.S.C. §1332(a)(1), because "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States."

4.   **Amount in Controversy**   The Complaint alleges that, as a result of Defendant's alleged breach of an alleged contract, the Plaintiff "has suffered damages in the amount of $92,679.68, exclusive of pre-judgment interest and costs" (Ex. 1, Complaint ¶34), and seeks damages in that amount.  Accordingly, the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs."

5.   **Plaintiff is a Florida Citizen**   Plaintiff is a Florida professional limited liability company headquartered in Orlando, Orange County, Florida.

6.   On information and belief, Plaintiff has one member, founder Ken Rosenfield, who is domiciled in the State of Florida.

7.   Notably, in a related case, Plaintiff has conceded that it is a Florida citizen.  Thus, in April 2020, Plaintiff sued a group of New York defendants in the State Court, in an action entitled *Rosenfield & Company, PLLC v. Star Automotive Group, Inc., et al*. Case No. 2020-CA-004146-O.  On May 19, 2020, the New York defendants in that action removed it to this Court, invoking jurisdiction under 28 U.S.C. §1332 and alleging that Plaintiff is a citizen of Florida.  A copy of the docket sheet in that removed action (Case No. 6:20-cv-00857-WWB-EJK, the "Related Star Action"[1]) is attached as **Exhibit 2**.

---

[1]   The Related Star Action was brought, in part, based on the very same invoices that Plaintiff has attached to its Complaint in the State Court Action here.  Accordingly, in the civil cover sheet filed with this Notice of Removal, the Related Star Action is identified as a Related Case.

8.      In the Related Star Action, Plaintiff did not seek remand.  Rather, in early June 2020, it filed various notices (*see* Ex. 2, ECF Docs. 11, 12), and then, on August 7, 2020 (2 ½ months after the matter had been removed), Plaintiff filed in this Court its acceptance of a Rule 68 Offer of Judgment that the New York defendants had served July 1, 2020 (*see* Ex. 2, ECF Doc. 13), and thereby obtained a Judgment a week later (*see* Ex.  2, ECF Doc. 14).

9.      **Defendant is a Citizen of New York and New Jersey**    Defendant is a New York limited liability partnership with its principal place of business in New York, New York, whose three partners are domiciled in New York or New Jersey.

10.     Removal to the United States District Court for the Middle District of Florida, Orlando Division is proper under 28 U.S.C. §1446(a) because the State Court Action is pending within said district and division.

11.     Pursuant to 28 U.S.C. §1446(d), promptly upon the filing and service of this Notice of Removal, Defendant will (a) give written notice thereof to the attorneys of record for the plaintiff in the State Court Action, the firm of Gray Robinson, P.A., 301 East Pine Street, Suite 1400, Orlando, Florida 32802; and (b) file a copy thereof with the clerk of the State Court.

12.     Nothing in this Notice of Removal shall be construed as a waiver of Defendant's right to assert any defense or affirmative matter, including, but not limited to, the defenses of (a) lack of jurisdiction over the person; (b) improper and/or inconvenient venue; (c) insufficiency of process; (d) insufficiency of service of process; (e) failure to state a claim; (f) failure to join an indispensable party or parties; (g) claim and/or issue preclusion; (h) accord and satisfaction; and (i) violation of Rule 11 of the Federal Rules of Civil Procedure.  Defendant reserves the right to supplement or amend this Notice of Removal.

WHEREFORE Defendant requests that the State Court Action be removed to the United States District Court for the Middle District of Florida, Orlando Division, and that the State Court proceed no further in the State Court Action.

Respectfully submitted this 29th day of December, 2020.

ADAMS AND REESE LLP

*/s/ Leslie A. Wickes*
Leslie A. Wickes, Esq.
Florida Bar Number 973963
leslie.wickes@arlaw.com
ginger.cassada@arlaw.com
James N. Floyd, Esq.
Florida Bar Number 0114216
james.floyd@arlaw.com
ginger.cassada@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
(904) 493-3302 (Telephone)
(904) 355-1797 (Facsimile)

AND

TRACHTENBERG RODES & FRIEDBERG LLP
Leonard A. Rodes, Esq.
Florida Bar Number 1002583
Pending Special Admission to USDC, M.D.Fl.
LRodes@TRFLaw.com
420 Lexington Avenue, Suite 2800
New York, New York  10170
(212) 972-2929 (Telephone)
(212) 972-7581 (Facsimile)

*Attorneys for Defendant*

# COMPOSITE EXHIBIT 1

Print    2020-CA-011503-O : ROSENFIELD AND COMPANY PLLC vs. TRACHTENBERG RODES AND FRIEDBERG LLP

Case 6:20-cv-02382-JA-LRH   Document 1   Filed 12/29/20   Page 6 of 42 PageID 6

## Case Header

Case Type:   CA - Breach of Agreement/Contract
Date Filed:   11/18/2020
Location:   Div 37
UCN:   482020CA011503A001OX
Judge:   John Marshall Kest
Status:   Pending
Citation Number:
Compliance Date:

## Parties

| Name | Type | Attorney | Atty Phone |
|------|------|----------|-----------|
| ROSENFIELD AND COMPANY PLLC | Plaintiff | GEORGE MAGRUDER | 407-843-8880 |
| TRACHTENBERG RODES AND FRIEDBERG LLP | Defendant | | |

## Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|--------------|--------|------|--------|-------------|----------|

## Docket Events

Document Status: ▮ = Public    🔒 = VOR    🗋 = Confidential    ✉ = Sealed    ⊘ = Request Pending.

| Date | Description | Pages | Doc | Request Doc |
|------|-------------|-------|-----|-------------|
| 11/19/2020 | Comments: Email sent to attorney | 3 | | |
| 11/18/2020 | Comments: and Demand for Jury Trial | 25 | | |
| 11/18/2020 | | 3 | | |
| 11/18/2020 | Case Initiated | | | |

## Hearings

| Date | Hearing | Time | Location | Pages | Doc |
|------|---------|------|----------|-------|-----|

## Financial

| Date | Description | Payer | Amount |
|------|-------------|-------|--------|
| 11/18/2020 | Transaction Assessment | | 410.00 |
| 11/18/2020 | Payment | GrayRobinson, P.A. | -410.00 |

## Bonds

| Description | Status Date | Bond Status | Image | Amount |
|-------------|-------------|-------------|-------|--------|

## Warrants

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA

ROSENFIELD & COMPANY, PLLC,

     **Plaintiff,**

vs.                           **Case No.:** 2020-CA-011503-O

TRACHTENBERG, RODES &
FRIEDBERG LLP,

     **Defendants.**

_____/

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant

### TRACHTENBERG, RODES & FRIEDBERG, LLP
### 545 Fifth Avenue
### Suite 640
### New York, New York 10017

     Each Defendant is hereby required to serve written defenses to the Complaint on Plaintiff's attorneys, Jason Zimmerman, Brock Magruder and Lesley-Anne Marks, GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, Florida 32801, Telephone: (407) 843-8880, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

                                 TIFFANY MOORE RUSSE[LL]
                                 Clerk of the Court

                                 Maytee Moxley, Deputy Clerk
                                 _2020-11-19 12:06:12_
By:                   As Deputy Clerk
                   Civil Division     **Civil Division**
                                   **425 N. Orange Avenue**
                                   **Room 350**
                                   **Orlando, Florida 32801**

## <u>NOTICE TO PERSONS WITH DISABILITIES</u>

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

2

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida Relay System."

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida Relay System."

Filing # 116887662 E-Filed 11/18/2020 01:42:54 PM

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA

**ROSENFIELD & COMPANY, PLLC,**

     **Plaintiff,**

**vs.**                       **Case No.:**

**TRACHTENBERG, RODES &**
**FRIEDBERG LLP,**

     **Defendants.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ROSENFIELD & COMPANY, PLLC ("R&Co"), by and through the undersigned attorneys, hereby sues Defendant, TRACHTENBERG, RODES & FRIEDBERG, LLP ("Defendant"), and states as follows:

## JURISDICTION AND VENUE

1.     This is an action for damages in excess of $30,000, exclusive of interest, costs, and attorneys' fees.

2.     This Court has subject matter jurisdiction over this case pursuant to section 26.012, Florida Statutes.

3.     This Court also has personal jurisdiction over Defendant pursuant to Florida's "long-arm" statute—section 48.193, Florida Statutes—because Defendant breached it duties under an agreement with R&Co for services performed in Florida, and because they engaged in substantial and not isolated business activity in Florida.

4.     Leonard Anthony Rodes, the managing partner of Defendant, is licensed to practice law in Florida.

5.      Venue is proper in Orange County, Florida, pursuant to section 47.011, Florida Statutes, as Defendant reached out to R&Co's Orlando, Florida office seeking litigation support services work, and moreover, regularly corresponded with R&Co staff members in Orange County, Florida, directing them on how to proceed with said litigation support work. Furthermore, payment for the services rendered by R&Co were due to be made in Orange County, Florida.

## PARTIES

6.      R&Co is a Florida limited liability company with its principal place of business in Orange County, Florida.

7.      Defendant is a foreign limited liability partnership with its principal place of business located in New York, New York.

## GENERAL ALLEGATIONS

8.      R&Co is engaged in the business of performing tax accounting, auditing, and financial litigation support services.

9.      On October 24, 2019, Defendant engaged R&Co to provide litigation support services, including consulting expert services, in the civil case, *Star v. Voynow*, Case No. 18-cv-5775-ERK-CLP (E.D.N.Y) ("New York Action").   A true and correct copy of the October 24, 2019 engagement letter is attached hereto as **Exhibit "A"** (the "Engagement Letter").

10.      Specifically, the Engagement Letter "confirm[ed] the retention of Rosenfield & Company ("R&Co") by Trachtenberg, Rodes & Friedberg, LLP ("Counsel") in connection with the above-referenced action (the "Engagement")," and required R&Co to "assist Counsel and Client[1] with consultation and analysis and will perform such other tasks as may be identified during the course of this Engagement." **Ex. A, p 1.**

---

[1] Although capitalized in the Engagement Letter, "Client" is not defined.

2

11.     The Engagement Letter provides that "Fees in connection with the Engagement will be based upon the hourly rates previously established for the work plus disbursements for fees and expenses," and that the "Client will be solely responsible for payment of all such fees and expenses." **Ex. A, p. 1.**

12.     The "Client" is not defined in the Engagement Letter. Likewise, the "Star Auto Companies" referenced in the signature block of the Engagement Letter are not defined. Defendant electronically signed the Engagement Letter. R&Co is not in possession of a copy of the Engagement Letter executed by the "Star Auto Companies."

13.     Nevertheless, Defendant directed R&Co to perform work under the Engagement Letter, and R&Co performed the work it was directed to complete.

14.     As legal counsel for the Client (here apparently the undefined, "Star Auto Companies"), Defendant had authority to engage with R&Co, and furthermore, to direct R&Co to perform work on behalf of the itself and/or the Client.

15.     Specifically, and as an example of the work Defendant directed R&Co to perform under the Engagement Letter, on September 20, 2019, Stephen Arena, a lawyer working for Defendant, emailed R&Co to start initial review of 3097 documents (12,400 pages) produced by the opposing party in the New York Action, and directed "Rosenfield's staff to review and organize the "Hard Copy Scans" and "Voynow Computer Server Files."

16.     Defendant subsequently uploaded additional documents it obtained in the New York Action to R&Co's server portal and instructed R&Co to review and/or analyze same.

17.     Over the course of R&Co's retention by Defendant, R&Co provided expert consulting services to Defendant, reviewed thousands of pages of documentation produced during

3

the discovery phase of litigation in the New York Action, and participated in numerous meetings and telephone conferences with Defendant regarding the New York Action.

18.     R&Co completely performed the consulting expert and litigation support services Defendant instructed it to perform pursuant to the Engagement Letter. R&Co timely presented invoices to Defendant and Defendant's client for the work R&Co completed between October 2019 and February 2020.

19.     Despite R&Co's demand for payment, certain companies and individuals that R&Co believes were the "Star Auto Companies" referenced in the Engagement Letter, specifically Star Auto Sales of Queens, LLC, Star Hyundai LLC, Star Nissan, Inc., Metro Chrysler Plymouth, Inc., Star Auto Sales of Queens Village, LLC, and Star Auto Sales of Queens County, LLC, refuse to pay the outstanding invoices related to the litigation support services provided by R&Co.

20.     In April 2020, R&Co filed a civil action for Account Stated in the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2020-CA-004146-O. The action was filed against several entities and individuals related to Star Auto Companies for various unpaid invoices, including those related to the consulting expert and litigation support services directed by Defendant pursuant to the Engagement Letter at issue here.

21.     The state court action filed by R&Co was subsequently removed to the Middle District of Florida, Case No. 6:20-cv-00857-WWB-EJK. Shortly after the case's removal to federal court, R&Co accepted an Offer of Judgment concerning all of the outstanding invoices except those related to the consulting expert and litigation support services.

22.     According to counsel for the above-referenced entities, the Star Auto Companies identified in the Engagement Letter do not owe a single dollar for the litigation support services Defendant directed R&Co to complete.

23.     It is unclear whether the Star Auto Companies contend Defendant lacked actual authority to direct R&Co to perform serviced on their behalf, or if there is some other reason they believe the Engagement Letter is not binding on them. Whatever the case, Defendant hired R&Co to perform work, directed R&Co to perform work, and R&Co, in fact, performed work for Defendant and/or Defendant's "Client."

24.     Either Defendant lacked actual authority to direct R&Co to perform work for its undefined "Client," or it had actual authority and its "Client" is refusing to pay – either way Defendant directed R&Co to perform work on its behalf to assist Defendant in the New York Action, and it had apparent authority to direct R&Co to perform work for its Client, on which R&Co reasonably relied to its detriment.

25.     Who is ultimately responsible for compensating R&Co for the work provided – Defendant or its undefined "Client" – is irrelevant to R&Co who performed uncompensated work as directed by Defendant pursuant to a contract it signed. To the extent Defendant believes its "Client" is ultimately responsible for paying for that work, it may implead the correct entities into this case.

26.     To date, Defendant nor its undefined "Client," have paid the outstanding invoices. True and correct copies of the unpaid invoices sent to Defendant are attached hereto as **Composite Exhibit "B."**

27.     In total, R&Co is currently owed $92,679.68 for services performed by R&Co pursuant to the Engagement Letter.

28.     All of the conditions precedent to the bringing of this lawsuit have occurred, been waived or otherwise been satisfied.

## COUNT I-
## BREACH OF CONTRACT

29.     R&Co restates and re-incorporates by reference the allegations of Paragraphs 1 through 28 above as if fully stated herein.

30.     This is an action for damages in excess of $30,000.00, exclusive of attorney's fees and costs against Defendant for breach of contract.

31.     A valid contract existed between R&Co and Defendant.

32.     R&Co performed all of its obligations under the Engagement Letter by rendering litigation support and consulting expert services to Defendant pursuant to Defendant's direction in connection with the New York Action.

33.     Defendant breached its obligation under the Engagement Letter by failing to timely pay R&Co for the litigation support and consulting expert services provided.

34.     As a direct and proximate result of Defendant's breach of the Engagement Letter, R&Co has suffered damages in the amount of $92,679.68, exclusive of pre-judgment interest and costs.

WHEREFORE, Plaintiff R&Co respectfully requests this Honorable Court enter judgment in its favor and against Defendant, awarding damages, and costs, and for such other and further relief as this Honorable Court deems just and proper.

## COUNT II-
## UNJUST ENRICHMENT (Implied-in-Law Contract)

35.     R&Co restates and reincorporates by reference the allegations of Paragraphs 1 through 8 and 10 through 28 above as if fully stated herein.

6

36.     This is an action for unjust enrichment (breach of an implied-in-law contract) against Defendant, and is brought in the alternative to Counts I and III pursuant to Florida Rule of Civil Procedure 1.110(g).

37.     R&Co conferred a benefit upon Defendant in the form of litigation support and consulting expert services, which were rendered in furtherance of the New York Action. The scope and extent of the services provided by R&Co are evidenced by the work detailed in the invoices sent out by R&Co, which includes, but is not limited to, the review of more than 12,500 pages of documents produced during the discovery phase of litigation in the New York Action.

38.     Defendant knew of the benefits conferred by R&Co as it directed the scope of litigation support work to be provided to it by R&Co.

39.     Defendant voluntarily accepted and retained all of the benefits conferred to it by continuing to consult with R&Co staff members, and moreover, direct those staff members to review documentation produced during the pendency of the New York Action.

40.     The circumstances are such that it would be inequitable for Defendant to retain these benefits without paying the full value thereof to R&Co.

WHEREFORE, Plaintiff R&Co respectfully requests this Honorable Court enter judgment in its favor and against Defendant, awarding damages, and costs, and for such other and further relief as this Honorable Court deems just and proper.

### COUNT III-
### QUANTUM MERUIT (Implied-in-Fact Contract)

41.     R&Co restates and re-incorporates by reference the allegations of Paragraphs 1 through 8 and 10 through 28 above as if fully stated herein.

42.     This is an action for *quantum meruit* (breach of an implied-in-fact contract) against Defendant, and is brought in the alternative to Counts I and II pursuant to Florida Rule of Civil Procedure 1.110(g).

43.     An implied-in-fact contract existed between R&Co and Defendant, whereby some or all of the terms were inferred from the conduct of the parties, although not necessarily expressed in words.

44.     The Defendant's assent to this implied-in-fact contract for R&Co to provide litigation support services and related work in conjunction with Defendant's prosecution of the New York Action is evident through the circumstances, their course of dealing, and/or their course of performance, including, but not limited to, their continuous correspondence and instruction to R&Co regarding the review of all documentation produced in discovery in the case.

45.     R&Co performed consulting expert and litigation support services on behalf of Defendant, and the rendering of said services was done at the direction, and knowledge, of Defendant. Under these circumstances, the parties understood and intended that compensation was to be paid to R&Co in exchange for the litigation support services rendered.

46.     Defendant breached the implied-in-fact contract with R&Co by failing to pay a reasonable amount for the services that were provided.

47.     As a result of Defendant's breach, R&Co has suffered damages.

WHEREFORE, Plaintiff R&Co respectfully requests this Honorable Court enter judgment in its favor and against Defendant, awarding damages, and costs, and for such other and further relief as this Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

R&Co hereby demands a jury trial for all claims so triable.

Respectfully submitted this 18th day of November, 2020,

*/s/Brock Magruder*

**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**Lesley-Anne Marks**
Florida Bar No. 107009
Primary Email Address:
lesley-anne.marks@gray-robinson.com
Secondary Email Address:
sabine.martel@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff, Rosenfield & Co.*

# TRACHTENBERG RODES & FRIEDBERG LLP

ATTORNEYS AT LAW

545 FIFTH AVENUE

NEW YORK, NEW YORK 10017

BARRY J. FRIEDBERG

BFRIEDBERG@TRFLAW.COM

TELEPHONE (212) 972-2929

TELECOPIER (212) 972-7581

WWW.TRFLAW.COM

**By Fax**

October 24, 2019

Ken Rosenfield
Rosenfield & Co.
1 Penn Plaza
250 W 34th Street, Suite 1705
New York, NY 10119

**Re:    Star v. Voynow, EDNY Case No. 18 cv 5775-ERK-CLP**

Dear Ken:

This letter will confirm the retention of Rosenfield & Company ("R&Co") by Trachtenberg, Rodes & Friedberg LLP ("Counsel") in connection with the above-referenced action (the "Engagement"). The retention shall be as of December 1, 2017, and R&Co has worked and will continue to work under the direction of Counsel.

Specifically, R&Co will assist Counsel and Client with consultation and analysis and will perform such other tasks as may be identified during the course of this Engagement. For now, R&Co will serve as a consulting expert only, but Counsel may later request that one or more professionals from R&Co provide expert testimony in the future. In any such case, Counsel and R&Co will discuss and mutually agree on which R&Co professional would serve as the expert and shall execute a new and separate engagement letter for that purpose.

Fees in connection with the Engagement will be based upon the hourly rates previously established for the work plus disbursements for fees and expenses. The Client will be solely responsible for payment of all such fees and expenses. R&Co will submit invoices for its fees and expenses incurred on a monthly basis in connection with this Engagement directly to the Client, with a copy sent to Counsel. The parties acknowledge and agree that the attorney-client privilege between Counsel and R&Co shall remain notwithstanding the fact that Client is billed directly for services provided under this Engagement. In the event Client disputes any of the fees or expenses on a specific invoice, the Client shall notify R&Co within thirty (30) days of receipt of the invoice of such a dispute.

**EXHIBIT "A"**

*October 24, 2019*
*Page 2*

Counsel or Client shall have the right to terminate this agreement at any time, but Client shall remain liable for all fees and expenses accrued prior to such termination.

R&Co understands that its work product and files may become subject to discovery; however, until such materials are sought by subpoena or other process, they will be maintained by R&Co as confidential. It is agreed that those materials and all other working papers and other documents prepared by R&Co pursuant to this Engagement will be maintained as confidential materials and will not be disclosed to third parties without Counsel's consent, except as may be required by law, regulation, or judicial or administrative process. Unless prohibited by law, R&Co agrees to notify Counsel promptly of any of the following events: (a) a request by anyone to examine, inspect, or copy such documents or records; or (b) any attempt to serve, or the actual service of, any court order, subpoena, or summons upon R&Co that requires the production of such documents or records. It is further understood that if R&Co is not requested by Counsel to provide expert testimony in connection with this Engagement, all opinions and work product of R&Co shared with Counsel or the Client shall be maintained as confidential and shall not be shared with any other person or entity.

R&Co and the Client acknowledge their respective agreement with the terms stated herein as evidenced by their signatures below.

Sincerely,

Barry J. Friedberg

*Acknowledged and Agreed:*

**Rosenfield & Co.**

Name: Kenneth R Rosenfield
Title: Managing Partner

**The Star Auto Companies**

Name:
Title:



**ROSENFIELD & Co.**, PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY  10017*

*Invoice No.21871*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/06/2020 | General Consulting Services Discussing next steps in Voynow case with Ken and Scott | Rosenfield(A) | 0.50 $ | 137.50 |
| 01/07/2020 | Litigation Support | Jamnik | 1.91 | 525.25 |
| 01/08/2020 | General Consulting Services Phone call to discuss action plan with team, Star, and Steve Rambam | Rosenfield(A) | 0.75 | 206.25 |
| 01/10/2020 | Litigation Support Review of Rambam document pull | Jamnik | 0.87 | 239.25 |
| 01/27/2020 | Litigation - Other Review report for questions from RamBam regarding requested information | Morton | 1.50 | 550.50 |
| 01/28/2020 | Litigation - Other Research Chrysler transactions per request - Debbie Despina | Morton | 1.98 | 726.66 |

| | | | Current Amount Due | 2,385.41 |
|---|---|---|---|---|
| | | | Prior Balance | 85,399.27 |
| | | | Total Amount Due | $ 87,784.68 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

**COMPOSITE EXHIBIT "B"**



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY  10017*

*Invoice No.21635*
*Date      01/08/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/17/2019 | Litigation Support preparation for meeting with Barry Friedberg and Steve Arena | Rosenfield | 1.00 $ | 550.00 |
| 12/18/2019 | Litigation Support meeting at Barry Friedberg's office with Steve Arena | Rosenfield | 3.00 | 1,650.00 |
| 12/19/2019 | Litigation Support review emails from Jeremy and other attorneys regarding Voynow matter | Rosenfield | 0.50 | 275.00 |
| 12/27/2019 | Litigation Support Reviewing Personal Documents from Vivian and Debbie | Jamnik | 5.54 | 1,523.50 |
| 12/27/2019 | Litigation Support Renaming Voynow Documents | Jamnik | 1.18 | 324.50 |
| 12/30/2019 | Litigation Support Going through Personal Documents for Vivian and Debbie | Jamnik | 4.13 | 1,135.75 |
| 12/30/2019 | Litigation Support Pulling expense data, creating vendor analysis in IDEA | Rosenfield(A) | 2.50 | 687.50 |
| 12/30/2019 | Litigation Support review with Scott and Adam on data pull | Rosenfield | 1.50 | 825.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21635*                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/31/2019 | Litigation Support<br>Vivian and Debbie Personal document analysis | Jamnik | 4.26 | 1,171.50 |
| 01/02/2020 | Litigation Support<br>Voynow Documents review and analysis | Jamnik | 1.19 | 327.25 |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  | Current Amount Due |  | 8,470.00 |
|  |  | Prior Balance |  | 76,929.27 |
|  |  | Total Amount Due | $ | 85,399.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY 10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21603*
*Date      12/26/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/16/2019 | Litigation Support<br>Renaming files received from Voynow | Jamnik | 2.61 | $ 717.75 |
| 12/17/2019 | Litigation Support<br>Document review and Write up of potential<br>questions - Voynow | Jamnik | 1.67 | 459.25 |
| 12/17/2019 | Litigation Support<br>Review suspicious documents for meeting<br>tomorrow | Morton | 2.27 | 833.09 |
| 12/18/2019 | Litigation Support<br>Meeting with Stephen Arena | Jamnik | 2.31 | 635.25 |
| 12/18/2019 | Litigation Support<br>Voynow Documents renaming | Jamnik | 1.56 | 429.00 |
| 12/18/2019 | Litigation Support<br>Meeting at Friedbergs office | Morton | 2.51 | 921.17 |
| 12/18/2019 | Litigation Support<br>Prepare for meeting with Friedberg's office | Morton | 2.17 | 796.39 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21603*                                                  *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/19/2019 | Litigation Support<br>Review documents received and upload new<br>documents from portal | Morton | 5.58 | 2,047.86 |
| 12/20/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 3.26 | 896.50 |
| 12/20/2019 | Litigation Support<br>Review documents received | Morton | 5.25 | 1,926.75 |

|  |  | Current Amount Due | 9,663.01 |
|--|--|--|--|
|  |  | Prior Balance | 67,266.26 |
|  |  | Total Amount Due $ | 76,929.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY 10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21527*
*Date      12/20/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/28/2019 | Litigation Support<br>naming documents received from Voynow | Jamnik | 2.22 $ | 610.50 |
| 10/29/2019 | Litigation Support<br>Renaming Docs from Voynow | Jamnik | 0.69 | 189.75 |
| 10/30/2019 | Litigation Support<br>discuss set up of data review | Rosenfield | 1.50 | 825.00 |
| 10/30/2019 | Litigation Support<br>renaming VOYNOW documents | Stickel | 4.22 | 253.20 |
| 10/31/2019 | Litigation Support<br>review of data regarding Voynow Case | Rosenfield | 1.50 | 825.00 |
| 10/31/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.03 | 421.80 |
| 11/01/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 7.00 | 420.00 |
| 11/04/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 3.00 | 180.00 |
| 11/06/2019 | Litigation Support | McDonald | 2.00 | 642.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | Rename Voynow documents (Dan/Ashley) | | | |
| 11/06/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 5.00 | 300.00 |
| 11/07/2019 | Litigation Support<br>Rename Voynow documents (Dan/Ashley) | McDonald | 4.50 | 1,444.50 |
| 11/08/2019 | Litigation Support<br>Review of Voynow documents | Jamnik | 2.99 | 822.25 |
| 11/11/2019 | Litigation Support<br>renaming of VoyNow documents | Stickel | 2.17 | 130.20 |
| 11/15/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 0.97 | 58.20 |
| 11/15/2019 | Litigation Support<br>Voynow Docs | Jamnik | 1.48 | 407.00 |
| 11/18/2019 | Litigation Support<br>conference call with Ken/Dan/Jill on Star<br>information needed for fraud and other<br>litigation reports | Lewis | 0.50 | 275.00 |
| 11/18/2019 | Litigation Support<br>Review file - compile list of documents needed | Morton | 2.20 | 807.40 |
| 11/18/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.88 | 112.80 |
| 11/18/2019 | Litigation Support<br>List of Documents request | Jamnik | 1.43 | 393.25 |
| 11/19/2019 | Litigation Support<br>Review documents received.  Prepare<br>updated document request for Star. | Morton | 2.27 | 833.09 |
| 11/19/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.76 | 105.60 |
| 11/19/2019 | Litigation Support<br>Working on Request List and Voynow report | Jamnik | 5.41 | 1,487.75 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                    *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/20/2019 | Litigation Support<br>Voynow Report | Jamnik | 5.75 | 1,581.25 |
| 11/20/2019 | Litigation Support<br>Begin preparation of updated report in format<br>requested by client | Morton | 4.28 | 1,570.76 |
| 11/20/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 6.08 | 364.80 |
| 11/21/2019 | Litigation Support<br>Review of cancelled checks from Chrysler and<br>bank statements | Jamnik | 1.76 | 484.00 |
| 11/21/2019 | Litigation Support<br>renaming Voynow doc | Stickel | 7.95 | 477.00 |
| 11/22/2019 | Litigation Support<br>review of cancelled checks for chrysler | Jamnik | 1.87 | 514.25 |
| 11/25/2019 | Litigation Support<br>Voynow Report | Jamnik | 1.73 | 475.75 |
| 11/25/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.49 | 449.40 |
| 11/26/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.95 | 477.00 |
| 12/02/2019 | Litigation Support<br>Emails and Report rewriting | Jamnik | 6.38 | 1,754.50 |
| 12/02/2019 | Litigation Support<br>reveiw Voynow documents | Rosenfield | 2.50 | 1,375.00 |
| 12/02/2019 | Litigation Support | Lewis | 3.00 | 1,650.00 |
| 12/02/2019 | Litigation Support<br>Meeting to go over Voynow case | Rosenfield(A) | 0.75 | 206.25 |
| 12/02/2019 | Litigation Support<br>RE: VOYNOW / On the phone with Reynolds<br>and Reynolds / completing multiple required<br>Reynolds proficiency training | Rosenfield(A) | 1.35 | 371.25 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                    *Page 4*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/2019 | Litigation Support<br>Updated Star Report | Morton | 8.28 | 3,038.76 |
| 12/02/2019 | Litigation Support<br>going through documents sent to find any<br>signed engagement letters | Stickel | 8.00 | 480.00 |
| 12/03/2019 | Litigation Support<br>meeting with Dan and Jill review Voynow<br>Documents | Rosenfield | 2.50 | 1,375.00 |
| 12/03/2019 | Litigation Support | Lewis | 0.50 | 275.00 |
| 12/03/2019 | Litigation Support<br>Pulling reports for Voynow case | Rosenfield(A) | 1.49 | 409.75 |
| 12/03/2019 | Litigation Support<br>Renaming docs from Voynow and Report<br>rewriting | Jamnik | 6.23 | 1,713.25 |
| 12/03/2019 | Litigation Support<br>Update Star Report | Morton | 6.19 | 2,271.73 |
| 12/04/2019 | Litigation Support | Lewis | 2.25 | 1,237.50 |
| 12/04/2019 | Litigation Support<br>VOYNOW Pulling GL detail from 11.2014 to<br>4.30.2017 | Rosenfield(A) | 3.56 | 979.00 |
| 12/04/2019 | Litigation Support | Lewis | 2.00 | 1,100.00 |
| 12/04/2019 | Litigation Support<br>Discussion with Scott, Jill and Ken on the<br>Report and Voynow docs | Jamnik | 1.49 | 409.75 |
| 12/04/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 6.58 | 1,809.50 |
| 12/04/2019 | Litigation Support<br>Revision of Star Report | Morton | 6.87 | 2,521.29 |
| 12/04/2019 | Litigation Support<br>going through documents to find any signed | Stickel | 6.00 | 360.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                    *Page 5*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | engagement letters | | | |
| 12/05/2019 | Litigation Support<br>review Voynow documents and review revised report | Rosenfield | 1.50 | 825.00 |
| 12/05/2019 | Litigation Support<br>Renaming Voynow Documents and rewriting Voynow report for Barry | Jamnik | 5.79 | 1,592.25 |
| 12/05/2019 | Litigation Support<br>Review documents received.  Prepare updated report | Morton | 7.65 | 2,807.55 |
| 12/06/2019 | Litigation Support<br>review revised report and make changes, work with Adam and Scott on queries for updating scheme report items | Rosenfield | 2.00 | 1,100.00 |
| 12/06/2019 | Litigation Support | Lewis | 0.25 | 137.50 |
| 12/06/2019 | Litigation Support<br>PDF and organizing Voynow report and uploading | Jamnik | 0.58 | 159.50 |
| 12/06/2019 | Litigation Support<br>Final revisions to updated report. | Morton | 1.57 | 576.19 |
| 12/09/2019 | Litigation Support<br>scanning through documents looking for signed engagement letters | Stickel | 6.00 | 360.00 |
| 12/09/2019 | Litigation Support<br>Voynow Production | Jamnik | 5.79 | 1,592.25 |
| 12/09/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.10 | 2,238.70 |
| 12/09/2019 | Litigation Support<br>review voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/10/2019 | Litigation Support<br>Voynow Production documents | Jamnik | 5.72 | 1,573.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                                      *Page 6*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/10/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.57 | 2,411.19 |
| 12/10/2019 | Litigation Support<br>review Voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/11/2019 | Litigation Support<br>Voynow Documents | Jamnik | 4.09 | 1,124.75 |
| 12/11/2019 | Litigation Support<br>Review documents - list of questions | Morton | 4.57 | 1,677.19 |
| 12/11/2019 | Litigation Support<br>review Voynow documents, meet with Dan<br>and Jill to develop word search queries for<br>documents scanned in. Review Voynow<br>memos and emails. | Rosenfield | 3.00 | 1,650.00 |
| 12/12/2019 | Litigation Support<br>Voynow Production Documents | Jamnik | 5.44 | 1,496.00 |
| 12/12/2019 | Litigation Support<br>Review documents received | Morton | 4.48 | 1,644.16 |
| 12/13/2019 | Litigation Support | Rosenfield | 2.50 | 1,375.00 |

review documents submitted by Voynow

|  |  |
|---|---|
| Current Amount Due | 67,266.26 |
| Prior Balance | 0.00 |
| Total Amount Due | $   67,266.26 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                                            *Page 7*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Litigation 2019*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21778*
*Date     01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/30/2019 | Litigation Support<br>phone call with Michael re: 2016 - 2018 tax returns (client questions/comments) and discussion on criminal and civic lawsuits against Voynow and Debbie) | Lewis | 1.50 $ | 900.00 |
| 12/30/2019 | Litigation Support<br>review of vendor lists/expenses with Ken & Adam | Lewis | 0.50 | 300.00 |
| 01/02/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) | Lewis | 3.00 | 1,800.00 |
| 01/03/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) and factory incentives | Lewis | 3.00 | 1,800.00 |
| 01/08/2020 | Phone Calls / Conference<br>conference call with attorneys/private eye on Star Chrysler fraud and data gathering | Lewis | 0.50 | 300.00 |

*Rosenfield and Company, PLLC*
*Star Litigation 2019*
*Invoice No.   21778*                                               *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/09/2020 | General Consulting Services<br>review of text files from attorney/private eye<br>from Star Chrysler on factory refund checks,<br>against controller | Lewis | 0.40 | 240.00 |

|  |  |
|---|---|
|  | 5,340.00 |
| Courtesy Discount (Amount Discounted from Standard Rates) | (445.00) |
| Current Amount Due | 4,895.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $   4,895.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

# EXHIBIT 2

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:20-cv-00857-WWB-EJK

| | |
|---|---|
| Rosenfield and Company, PLLC v. Star Automotive Group, Inc. | Date Filed: 05/19/2020 |
| Assigned to: Judge Wendy W. Berger | Date Terminated: 08/27/2020 |
| Referred to: Magistrate Judge Embry J. Kidd | Jury Demand: Both |
| Demand: $9,999,000 | Nature of Suit: 190 Contract: Other |
| Case in other court: Orange County Circuit Court, 2020-CA-4146 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Contract Dispute | |

**Plaintiff**

**Rosenfield and Company, PLLC**
*a Florida Professional Limited Liability Company*

represented by **George Brock Magruder , III**
GrayRobinson, PA
301 E Pine St Ste 1400
Orlando, FL 32801
407/843-8880
Fax: 407/244-5690
Email: brock.magruder@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Alec Zimmerman**
GrayRobinson, PA
301 E Pine St Ste 1400
Orlando, FL 32801
407/244-5669
Fax: 407/244-5690
Email: jason.zimmerman@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Star Automotive Group, Inc.**
*a foreign corporation*

represented by **Jamie S. Felsen**
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042
516-303-1391
Fax: 516-328-0082
Email: jamiefelsen@mllaborlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
239/344-1237

Fax: 239/344-1494
Email: kyle.dudek@henlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Star Auto Body of Queens Village, LLC**          represented by   **Jamie S. Felsen**
*a foreign limited liability company*                              (See above for address)
*TERMINATED: 08/14/2020*                                          *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kyle Dudek**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Star Auto Sales of Bayside, Inc.**               represented by   **Jamie S. Felsen**
*a foreign corporation*                                            (See above for address)
*TERMINATED: 08/14/2020*                                          *PRO HAC VICE*
*doing business as*                                               *ATTORNEY TO BE NOTICED*
Star Toyota
*TERMINATED: 08/14/2020*                                          **Kyle Dudek**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Star Auto Sales of Queens, LLC**                 represented by   **Jamie S. Felsen**
*a foreign limited liability company*                              (See above for address)
*TERMINATED: 08/14/2020*                                          *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kyle Dudek**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Star Auto Sales of Queens County, LLC**          represented by   **Jamie S. Felsen**
*a foreign limited liability company*                              (See above for address)
*TERMINATED: 08/14/2020*                                          *PRO HAC VICE*
*doing business as*                                               *ATTORNEY TO BE NOTICED*
Star Fiat
*TERMINATED: 08/14/2020*                                          **Kyle Dudek**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Metro Chrysler Plymouth, Inc.**                  represented by   **Jamie S. Felsen**
*a foreign corporation*                                            (See above for address)
*TERMINATED: 08/14/2020*                                          *PRO HAC VICE*
*doing business as*                                               *ATTORNEY TO BE NOTICED*
Star Chrysler Jeep Dodge Ram SRT Fiat
*TERMINATED: 08/14/2020*                                          **Kyle Dudek**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Star Hyundai, LLC**
*a foreign limited liability company*
*TERMINATED: 08/14/2020*
*doing business as*
Star Hyundai Star Genesis of Bayside
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Defendant**

**Star Nissan, Inc.**
*a foreign corporation*
*TERMINATED: 08/14/2020*
*doing business as*
Star Nissan
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Defendant**

**205-11 Northern Boulevard, LLC**
*a foreign limited liability company*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Defendant**

**210-10 Jamaica Avenue LLC**
*a foreign limited liability company*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Defendant**

**211-48 Jamaica Avenue, LLC**
*a foreign limited liability company*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Defendant**

**Koufakis Realty, LLC**
*a foreign limited liability company*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koufakis Realty 211-52 Jamaica Avenue,**
**LLC**
*a foreign limited liability company*
*TERMINATED: 08/14/2020*

represented by   **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The John M. Koufakis Grandchildrens Trust**
*TERMINATED: 08/14/2020*

represented by   **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shailja Bhatnager**
*an individual*
*TERMINATED: 08/14/2020*

represented by   **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eileen Koufakis**
*an individual*
*TERMINATED: 08/14/2020*

represented by   **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A Koufakis**
*an individual*
*TERMINATED: 08/14/2020*

represented by   **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lynne S. Koufakis**
*an individual*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Koufakis**
*an individual*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven M. Koufakis**
*an individual*
*TERMINATED: 08/14/2020*

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2020 | 1 | COMPLAINT and NOTICE OF REMOVAL from Orange Count Circuit Court, case number 2020-CA-4146 filed in State Court on 04/20/2020. (Filing fee $ 400, receipt number 113A-16824530) filed by Star Hyundai, LLC, Shailja Bhatnager, Star Auto Sales of Queens County, LLC, Steven M. Koufakis, Star Automotive Group, Inc., 211-48 Jamaica Avenue, LLC, Eileen Koufakis, Koufakis Realty, Star Nissan, Inc., 210-10 Jamaica Avenue LLC, John A Koufakis, Michael Koufakis, Star Auto Sales of Queens, LLC, Star Auto Body of Queens Village, LLC, Metro Chrysler Plymouth, Inc., The John M. Koufakis Grandchildrens Trust, 205-11 Northern Boulevard, LLC, Star Auto Sales of Bayside, Inc., Lynne S. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC. (Attachments: # 1 State Court COMPLAINT, # 2 State Court Docket Sheet, # 3 State Court Other Documents, # 4 Civil Cover Sheet)(Dudek, Kyle) Modified text on 5/20/2020 (LDJ). (Entered: 05/19/2020) |
| 05/19/2020 | 2 | NEW CASE ASSIGNED to Judge Wendy W. Berger and Magistrate Judge Embry J. Kidd. New case number: 6:20-cv-857-Orl-78EJK. (SJB) (Entered: 05/19/2020) |
| 05/21/2020 | 3 | MOTION for Jamie S. Felsen to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16834713 for $150 by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Automotive Group, Inc., Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust. (Dudek, Kyle) Motions referred to Magistrate Judge Embry J. Kidd. (Entered: 05/21/2020) |

| 05/22/2020 | 4 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 6/5/2020. Signed by Deputy Clerk on 5/22/2020. (RMF)ctp** (Entered: 05/22/2020) |
| --- | --- | --- |
| 05/22/2020 | 5 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 6/5/2020. Signed by Judge Wendy W. Berger on 5/22/2020. (RMF)ctp** (Entered: 05/22/2020) |
| 05/22/2020 | 6 | **NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 5/22/2020. (RMF)ctp** (Entered: 05/22/2020) |
| 05/22/2020 | 7 | **ORDER granting 3 Defendants' Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Embry J. Kidd on 5/22/2020. (RMN)** (Entered: 05/22/2020) |
| 05/26/2020 | 8 | **STANDING ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Embry J. Kidd on 1/3/2020. (PML) ctp** (Entered: 05/26/2020) |
| 06/02/2020 | 9 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Automotive Group, Inc., Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust. (Dudek, Kyle) (Entered: 06/02/2020) |
| 06/02/2020 | 10 | NOTICE of pendency of related cases per Local Rule 1.04(d) re 4 Related Case Order by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Automotive Group, Inc., Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust. Related case(s): No (Dudek, Kyle) Modified on 6/3/2020 (RDO). (Entered: 06/02/2020) |
| 06/05/2020 | 11 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Rosenfield and Company, PLLC. (Magruder, George) (Entered: 06/05/2020) |
| 06/05/2020 | 12 | NOTICE of pendency of related cases re 4 Related case order and track 2 notice per Local Rule 1.04(d) by Rosenfield and Company, PLLC. Related case(s): No (Magruder, George) (Entered: 06/05/2020) |
| 08/07/2020 | 13 | NOTICE of Filing Acceptance of Defendants' Rule 68 Offer of Judgment by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Felsen, Jamie) Modified text on 8/10/2020 (LDJ). (Entered: 08/07/2020) |
| 08/14/2020 | 14 | **ORDER: The Clerk of Court is directed to enter judgment in favor of Plaintiffaccording to the terms of Defendants' Offer of Judgment (Doc. 13-1), whichPlaintiff accepted, as set forth herein. After entry of judgment, the Clerk of Court is directed to terminate Star Auto Body of Queens Village, LLC; Star Auto Sales of Bayside, Inc.; Star Auto Sales of Queens, LLC; Star Auto Sales of Queens County, LLC; Metro Chrysler Plymouth, Inc.; Star Hyundai, LLC; Star Nissan, Inc.; 205-11 Northern Boulevard, LLC; 210-10 Jamaica Avenue LLC; 211-48 Jamaica Avenue, LLC; Koufakis Realty, LLC; Koufakis Realty 211-52 Jamaica Avenue, LLC; The John M. Koufakis Grandchildrens Trust; Shailja Bhatnager; Eileen Koufakis; John A.** |

| | | |
|---|---|---|
| | | **Koufakis; Lynne S. Koufakis; Michael Koufakis; and Steven M. Koufakis as Defendants in this action. Signed by Judge Wendy W. Berger on 8/14/2020. (RMF)ctp** (Entered: 08/14/2020) |
| 08/14/2020 | 15 | JUDGMENT in favor of Rosenfield and Company, PLLC against 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Shailja Bhatnager, Steven M. Koufakis in the amount of $28,648.50. ( Signed by Deputy Clerk) (LDJ) (Entered: 08/14/2020) |
| 08/26/2020 | 16 | **ORDER to show cause as to Rosenfield and Company, PLLC. The Plaintiff is hereby ORDERED TO SHOW CAUSE by a written response filed on or before September 1, 2020 why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report. Signed by Judge Wendy W. Berger on 8/26/2020. (RMF)ctp** (Entered: 08/26/2020) |
| 08/26/2020 | 17 | NOTICE of voluntary dismissal by Rosenfield and Company, PLLC (Magruder, George) (Entered: 08/26/2020) |
| 08/27/2020 | 18 | **ORDER dismissing case re 17 Plaintiff's Notice of voluntary dismissal without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case. Signed by Judge Wendy W. Berger on 8/27/2020. (RMF)ctp** (Entered: 08/27/2020) |
| 10/22/2020 | 19 | SATISFACTION of judgment re 15 Judgment entered In favor of Rosenfield and Company, PLLC Against 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Shailja Bhatnager, Steven M. Koufakis by Rosenfield and Company, PLLC. (Magruder, George) Modified text on 10/23/2020 (LDJ). (Entered: 10/22/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/11/2020 13:07:05 | | |
| **PACER Login:** | TRF545640:2647640:0 | **Client Code:** | Star Auto |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-00857-WWB-EJK |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |