Filing # 116887662 E-Filed 11/18/2020 01:42:54 PM

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA

**ROSENFIELD & COMPANY, PLLC,**

       **Plaintiff,**

**vs.**                                **Case No.:**

**TRACHTENBERG, RODES &**
**FRIEDBERG LLP,**

       **Defendants.**

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ROSENFIELD & COMPANY, PLLC ("R&Co"), by and through the undersigned attorneys, hereby sues Defendant, TRACHTENBERG, RODES & FRIEDBERG, LLP ("Defendant"), and states as follows:

### JURISDICTION AND VENUE

1.      This is an action for damages in excess of $30,000, exclusive of interest, costs, and attorneys' fees.

2.      This Court has subject matter jurisdiction over this case pursuant to section 26.012, Florida Statutes.

3.      This Court also has personal jurisdiction over Defendant pursuant to Florida's "long-arm" statute—section 48.193, Florida Statutes—because Defendant breached it duties under an agreement with R&Co for services performed in Florida, and because they engaged in substantial and not isolated business activity in Florida.

4.      Leonard Anthony Rodes, the managing partner of Defendant, is licensed to practice law in Florida.

5.      Venue is proper in Orange County, Florida, pursuant to section 47.011, Florida Statutes, as Defendant reached out to R&Co's Orlando, Florida office seeking litigation support services work, and moreover, regularly corresponded with R&Co staff members in Orange County, Florida, directing them on how to proceed with said litigation support work. Furthermore, payment for the services rendered by R&Co were due to be made in Orange County, Florida.

## PARTIES

6.      R&Co is a Florida limited liability company with its principal place of business in Orange County, Florida.

7.      Defendant is a foreign limited liability partnership with its principal place of business located in New York, New York.

## GENERAL ALLEGATIONS

8.      R&Co is engaged in the business of performing tax accounting, auditing, and financial litigation support services.

9.      On October 24, 2019, Defendant engaged R&Co to provide litigation support services, including consulting expert services, in the civil case, *Star v. Voynow*, Case No. 18-cv-5775-ERK-CLP (E.D.N.Y) ("New York Action").   A true and correct copy of the October 24, 2019 engagement letter is attached hereto as **Exhibit "A"** (the "Engagement Letter").

10.      Specifically, the Engagement Letter "confirm[ed] the retention of Rosenfield & Company ("R&Co") by Trachtenberg, Rodes & Friedberg, LLP ("Counsel") in connection with the above-referenced action (the "Engagement")," and required R&Co to "assist Counsel and Client[1] with consultation and analysis and will perform such other tasks as may be identified during the course of this Engagement." **Ex. A, p 1.**

---

[1] Although capitalized in the Engagement Letter, "Client" is not defined.

11.    The Engagement Letter provides that "Fees in connection with the Engagement will be based upon the hourly rates previously established for the work plus disbursements for fees and expenses," and that the "Client will be solely responsible for payment of all such fees and expenses." **Ex. A, p. 1.**

12.    The "Client" is not defined in the Engagement Letter. Likewise, the "Star Auto Companies" referenced in the signature block of the Engagement Letter are not defined. Defendant electronically signed the Engagement Letter. R&Co is not in possession of a copy of the Engagement Letter executed by the "Star Auto Companies."

13.    Nevertheless, Defendant directed R&Co to perform work under the Engagement Letter, and R&Co performed the work it was directed to complete.

14.    As legal counsel for the Client (here apparently the undefined, "Star Auto Companies"), Defendant had authority to engage with R&Co, and furthermore, to direct R&Co to perform work on behalf of the itself and/or the Client.

15.    Specifically, and as an example of the work Defendant directed R&Co to perform under the Engagement Letter, on September 20, 2019, Stephen Arena, a lawyer working for Defendant, emailed R&Co to start initial review of 3097 documents (12,400 pages) produced by the opposing party in the New York Action, and directed "Rosenfield's staff to review and organize the "Hard Copy Scans" and "Voynow Computer Server Files."

16.    Defendant subsequently uploaded additional documents it obtained in the New York Action to R&Co's server portal and instructed R&Co to review and/or analyze same.

17.    Over the course of R&Co's retention by Defendant, R&Co provided expert consulting services to Defendant, reviewed thousands of pages of documentation produced during

3

the discovery phase of litigation in the New York Action, and participated in numerous meetings and telephone conferences with Defendant regarding the New York Action.

18.     R&Co completely performed the consulting expert and litigation support services Defendant instructed it to perform pursuant to the Engagement Letter. R&Co timely presented invoices to Defendant and Defendant's client for the work R&Co completed between October 2019 and February 2020.

19.     Despite R&Co's demand for payment, certain companies and individuals that R&Co believes were the "Star Auto Companies" referenced in the Engagement Letter, specifically Star Auto Sales of Queens, LLC, Star Hyundai LLC, Star Nissan, Inc., Metro Chrysler Plymouth, Inc., Star Auto Sales of Queens Village, LLC, and Star Auto Sales of Queens County, LLC, refuse to pay the outstanding invoices related to the litigation support services provided by R&Co.

20.     In April 2020, R&Co filed a civil action for Account Stated in the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2020-CA-004146-O. The action was filed against several entities and individuals related to Star Auto Companies for various unpaid invoices, including those related to the consulting expert and litigation support services directed by Defendant pursuant to the Engagement Letter at issue here.

21.     The state court action filed by R&Co was subsequently removed to the Middle District of Florida, Case No. 6:20-cv-00857-WWB-EJK. Shortly after the case's removal to federal court, R&Co accepted an Offer of Judgment concerning all of the outstanding invoices except those related to the consulting expert and litigation support services.

22.     According to counsel for the above-referenced entities, the Star Auto Companies identified in the Engagement Letter do not owe a single dollar for the litigation support services Defendant directed R&Co to complete.

23.     It is unclear whether the Star Auto Companies contend Defendant lacked actual authority to direct R&Co to perform serviced on their behalf, or if there is some other reason they believe the Engagement Letter is not binding on them. Whatever the case, Defendant hired R&Co to perform work, directed R&Co to perform work, and R&Co, in fact, performed work for Defendant and/or Defendant's "Client."

24.     Either Defendant lacked actual authority to direct R&Co to perform work for its undefined "Client," or it had actual authority and its "Client" is refusing to pay – either way Defendant directed R&Co to perform work on its behalf to assist Defendant in the New York Action, and it had apparent authority to direct R&Co to perform work for its Client, on which R&Co reasonably relied to its detriment.

25.     Who is ultimately responsible for compensating R&Co for the work provided – Defendant or its undefined "Client" – is irrelevant to R&Co who performed uncompensated work as directed by Defendant pursuant to a contract it signed. To the extent Defendant believes its "Client" is ultimately responsible for paying for that work, it may implead the correct entities into this case.

26.     To date, Defendant nor its undefined "Client," have paid the outstanding invoices. True and correct copies of the unpaid invoices sent to Defendant are attached hereto as **Composite Exhibit "B."**

27.     In total, R&Co is currently owed $92,679.68 for services performed by R&Co pursuant to the Engagement Letter.

28.     All of the conditions precedent to the bringing of this lawsuit have occurred, been waived or otherwise been satisfied.

## COUNT I-
## BREACH OF CONTRACT

29.     R&Co restates and re-incorporates by reference the allegations of Paragraphs 1 through 28 above as if fully stated herein.

30.     This is an action for damages in excess of $30,000.00, exclusive of attorney's fees and costs against Defendant for breach of contract.

31.     A valid contract existed between R&Co and Defendant.

32.     R&Co performed all of its obligations under the Engagement Letter by rendering litigation support and consulting expert services to Defendant pursuant to Defendant's direction in connection with the New York Action.

33.     Defendant breached its obligation under the Engagement Letter by failing to timely pay R&Co for the litigation support and consulting expert services provided.

34.     As a direct and proximate result of Defendant's breach of the Engagement Letter, R&Co has suffered damages in the amount of $92,679.68, exclusive of pre-judgment interest and costs.

WHEREFORE, Plaintiff R&Co respectfully requests this Honorable Court enter judgment in its favor and against Defendant, awarding damages, and costs, and for such other and further relief as this Honorable Court deems just and proper.

## COUNT II-
## UNJUST ENRICHMENT (Implied-in-Law Contract)

35.     R&Co restates and reincorporates by reference the allegations of Paragraphs 1 through 8 and 10 through 28 above as if fully stated herein.

36.     This is an action for unjust enrichment (breach of an implied-in-law contract) against Defendant, and is brought in the alternative to Counts I and III pursuant to Florida Rule of Civil Procedure 1.110(g).

37.     R&Co conferred a benefit upon Defendant in the form of litigation support and consulting expert services, which were rendered in furtherance of the New York Action. The scope and extent of the services provided by R&Co are evidenced by the work detailed in the invoices sent out by R&Co, which includes, but is not limited to, the review of more than 12,500 pages of documents produced during the discovery phase of litigation in the New York Action.

38.     Defendant knew of the benefits conferred by R&Co as it directed the scope of litigation support work to be provided to it by R&Co.

39.     Defendant voluntarily accepted and retained all of the benefits conferred to it by continuing to consult with R&Co staff members, and moreover, direct those staff members to review documentation produced during the pendency of the New York Action.

40.     The circumstances are such that it would be inequitable for Defendant to retain these benefits without paying the full value thereof to R&Co.

WHEREFORE, Plaintiff R&Co respectfully requests this Honorable Court enter judgment in its favor and against Defendant, awarding damages, and costs, and for such other and further relief as this Honorable Court deems just and proper.

### COUNT III-
### QUANTUM MERUIT (Implied-in-Fact Contract)

41.     R&Co restates and re-incorporates by reference the allegations of Paragraphs 1 through 8 and 10 through 28 above as if fully stated herein.

42.     This is an action for *quantum meruit* (breach of an implied-in-fact contract) against Defendant, and is brought in the alternative to Counts I and II pursuant to Florida Rule of Civil Procedure 1.110(g).

43.     An implied-in-fact contract existed between R&Co and Defendant, whereby some or all of the terms were inferred from the conduct of the parties, although not necessarily expressed in words.

44.     The Defendant's assent to this implied-in-fact contract for R&Co to provide litigation support services and related work in conjunction with Defendant's prosecution of the New York Action is evident through the circumstances, their course of dealing, and/or their course of performance, including, but not limited to, their continuous correspondence and instruction to R&Co regarding the review of all documentation produced in discovery in the case.

45.     R&Co performed consulting expert and litigation support services on behalf of Defendant, and the rendering of said services was done at the direction, and knowledge, of Defendant. Under these circumstances, the parties understood and intended that compensation was to be paid to R&Co in exchange for the litigation support services rendered.

46.     Defendant breached the implied-in-fact contract with R&Co by failing to pay a reasonable amount for the services that were provided.

47.     As a result of Defendant's breach, R&Co has suffered damages.

WHEREFORE, Plaintiff R&Co respectfully requests this Honorable Court enter judgment in its favor and against Defendant, awarding damages, and costs, and for such other and further relief as this Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

R&Co hereby demands a jury trial for all claims so triable.

Respectfully submitted this 18th day of November, 2020,

                              */s/Brock Magruder*
                              **Jason Zimmerman**
                              Florida Bar No. 104392
                              Primary Email Address:
                              jason.zimmerman@gray-robinson.com
                              Secondary Email Address:
                              kathy.savage@gray-robinson.com
                              shawna.tucker@gray-robinson.com
                              **Brock Magruder**
                              Florida Bar No. 112614
                              Primary Email Address:
                              brock.magruder@gray-robinson.com
                              Secondary Email Address:
                              cindi.garner@gray-robinson.com
                              **Lesley-Anne Marks**
                              Florida Bar No. 107009
                              Primary Email Address:
                              lesley-anne.marks@gray-robinson.com
                              Secondary Email Address:
                              sabine.martel@gray-robinson.com
                              **GRAY|ROBINSON, P.A.**
                              301 East Pine Street, Suite 1400 (32801)
                              Post Office Box 3068
                              Orlando, Florida 32802
                              Telephone:  (407) 843-8880
                              Facsimile:  (407) 244-5690

                              *Attorneys for Plaintiff, Rosenfield & Co.*

## TRACHTENBERG RODES & FRIEDBERG LLP

ATTORNEYS AT LAW
545 FIFTH AVENUE
NEW YORK, NEW YORK 10017

BARRY J. FRIEDBERG
BFRIEDBERG@TRFLAW.COM

TELEPHONE (212) 972-2929
TELECOPIER (212) 972-7581
WWW.TRFLAW.COM

**By Fax**

October 24, 2019

Ken Rosenfield
Rosenfield & Co.
1 Penn Plaza
250 W 34th Street, Suite 1705
New York, NY 10119

> **Re:**   **Star v. Voynow, EDNY Case No. 18 cv 5775-ERK-CLP**

Dear Ken:

This letter will confirm the retention of Rosenfield & Company ("R&Co") by Trachtenberg, Rodes & Friedberg LLP ("Counsel") in connection with the above-referenced action (the "Engagement"). The retention shall be as of December 1, 2017, and R&Co has worked and will continue to work under the direction of Counsel.

Specifically, R&Co will assist Counsel and Client with consultation and analysis and will perform such other tasks as may be identified during the course of this Engagement. For now, R&Co will serve as a consulting expert only, but Counsel may later request that one or more professionals from R&Co provide expert testimony in the future. In any such case, Counsel and R&Co will discuss and mutually agree on which R&Co professional would serve as the expert and shall execute a new and separate engagement letter for that purpose.

Fees in connection with the Engagement will be based upon the hourly rates previously established for the work plus disbursements for fees and expenses. The Client will be solely responsible for payment of all such fees and expenses. R&Co will submit invoices for its fees and expenses incurred on a monthly basis in connection with this Engagement directly to the Client, with a copy sent to Counsel. The parties acknowledge and agree that the attorney-client privilege between Counsel and R&Co shall remain notwithstanding the fact that Client is billed directly for services provided under this Engagement. In the event Client disputes any of the fees or expenses on a specific invoice, the Client shall notify R&Co within thirty (30) days of receipt of the invoice of such a dispute.

**EXHIBIT "A"**

*October 24, 2019*
*Page 2*

Counsel or Client shall have the right to terminate this agreement at any time, but Client shall remain liable for all fees and expenses accrued prior to such termination.

R&Co understands that its work product and files may become subject to discovery; however, until such materials are sought by subpoena or other process, they will be maintained by R&Co as confidential. It is agreed that those materials and all other working papers and other documents prepared by R&Co pursuant to this Engagement will be maintained as confidential materials and will not be disclosed to third parties without Counsel's consent, except as may be required by law, regulation, or judicial or administrative process. Unless prohibited by law, R&Co agrees to notify Counsel promptly of any of the following events: (a) a request by anyone to examine, inspect, or copy such documents or records; or (b) any attempt to serve, or the actual service of, any court order, subpoena, or summons upon R&Co that requires the production of such documents or records. It is further understood that if R&Co is not requested by Counsel to provide expert testimony in connection with this Engagement, all opinions and work product of R&Co shared with Counsel or the Client shall be maintained as confidential and shall not be shared with any other person or entity.

R&Co and the Client acknowledge their respective agreement with the terms stated herein as evidenced by their signatures below.

Sincerely,

Barry J. Friedberg

*Acknowledged and Agreed:*

**Rosenfield & Co.**

Name: Kenneth R Rosenfield
Title: Managing Partner

**The Star Auto Companies**

Name:
Title:



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY  10017*

*Invoice No.21871*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/2020 | General Consulting Services Discussing next steps in Voynow case with Ken and Scott | Rosenfield(A) | 0.50 $ | 137.50 |
| 01/07/2020 | Litigation Support | Jamnik | 1.91 | 525.25 |
| 01/08/2020 | General Consulting Services Phone call to discuss action plan with team, Star, and Steve Rambam | Rosenfield(A) | 0.75 | 206.25 |
| 01/10/2020 | Litigation Support Review of Rambam document pull | Jamnik | 0.87 | 239.25 |
| 01/27/2020 | Litigation - Other Review report for questions from RamBam regarding requested information | Morton | 1.50 | 550.50 |
| 01/28/2020 | Litigation - Other Research Chrysler transactions per request - Debbie Despina | Morton | 1.98 | 726.66 |

|  |  |
|---|---|
| Current Amount Due | 2,385.41 |
| Prior Balance | 85,399.27 |
| Total Amount Due $ | 87,784.68 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

**COMPOSITE EXHIBIT "B"**



ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY 10017*

*Invoice No.21635*
*Date      01/08/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/17/2019 | Litigation Support preparation for meeting with Barry Friedberg and Steve Arena | Rosenfield | 1.00 | $ 550.00 |
| 12/18/2019 | Litigation Support meeting at Barry Friedberg's office with Steve Arena | Rosenfield | 3.00 | 1,650.00 |
| 12/19/2019 | Litigation Support review emails from Jeremy and other attorneys regarding Voynow matter | Rosenfield | 0.50 | 275.00 |
| 12/27/2019 | Litigation Support Reviewing Personal Documents from Vivian and Debbie | Jamnik | 5.54 | 1,523.50 |
| 12/27/2019 | Litigation Support Renaming Voynow Documents | Jamnik | 1.18 | 324.50 |
| 12/30/2019 | Litigation Support Going through Personal Documents for Vivian and Debbie | Jamnik | 4.13 | 1,135.75 |
| 12/30/2019 | Litigation Support Pulling expense data, creating vendor analysis in IDEA | Rosenfield(A) | 2.50 | 687.50 |
| 12/30/2019 | Litigation Support review with Scott and Adam on data pull | Rosenfield | 1.50 | 825.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21635*                                        *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/31/2019 | Litigation Support<br>Vivian and Debbie Personal document<br>analysis | Jamnik | 4.26 | 1,171.50 |
| 01/02/2020 | Litigation Support<br>Voynow Documents review and analysis | Jamnik | 1.19 | 327.25 |

|  |  |
|---|---|
| Current Amount Due | 8,470.00 |
| Prior Balance | 76,929.27 |
| Total Amount Due | $  85,399.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY 10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21603*
*Date       12/26/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/16/2019 | Litigation Support<br>Renaming files received from Voynow | Jamnik | 2.61 $ | 717.75 |
| 12/17/2019 | Litigation Support<br>Document review and Write up of potential<br>questions - Voynow | Jamnik | 1.67 | 459.25 |
| 12/17/2019 | Litigation Support<br>Review suspicious documents for meeting<br>tomorrow | Morton | 2.27 | 833.09 |
| 12/18/2019 | Litigation Support<br>Meeting with Stephen Arena | Jamnik | 2.31 | 635.25 |
| 12/18/2019 | Litigation Support<br>Voynow Documents renaming | Jamnik | 1.56 | 429.00 |
| 12/18/2019 | Litigation Support<br>Meeting at Friedbergs office | Morton | 2.51 | 921.17 |
| 12/18/2019 | Litigation Support<br>Prepare for meeting with Friedberg's office | Morton | 2.17 | 796.39 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21603*                                              *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/19/2019 | Litigation Support<br>Review documents received and upload new<br>documents from portal | Morton | 5.58 | 2,047.86 |
| 12/20/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 3.26 | 896.50 |
| 12/20/2019 | Litigation Support<br>Review documents received | Morton | 5.25 | 1,926.75 |
| | | Current Amount Due | | 9,663.01 |
| | | Prior Balance | | 67,266.26 |
| | | Total Amount Due | $ | 76,929.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY 10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21527*
*Date        12/20/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/28/2019 | Litigation Support<br>naming documents received from Voynow | Jamnik | 2.22 $ | 610.50 |
| 10/29/2019 | Litigation Support<br>Renaming Docs from Voynow | Jamnik | 0.69 | 189.75 |
| 10/30/2019 | Litigation Support<br>discuss set up of data review | Rosenfield | 1.50 | 825.00 |
| 10/30/2019 | Litigation Support<br>renaming VOYNOW documents | Stickel | 4.22 | 253.20 |
| 10/31/2019 | Litigation Support<br>review of data regarding Voynow Case | Rosenfield | 1.50 | 825.00 |
| 10/31/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.03 | 421.80 |
| 11/01/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 7.00 | 420.00 |
| 11/04/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 3.00 | 180.00 |
| 11/06/2019 | Litigation Support | McDonald | 2.00 | 642.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | Rename Voynow documents (Dan/Ashley) | | | |
| 11/06/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 5.00 | 300.00 |
| 11/07/2019 | Litigation Support<br>Rename Voynow documents (Dan/Ashley) | McDonald | 4.50 | 1,444.50 |
| 11/08/2019 | Litigation Support<br>Review of Voynow documents | Jamnik | 2.99 | 822.25 |
| 11/11/2019 | Litigation Support<br>renaming of VoyNow documents | Stickel | 2.17 | 130.20 |
| 11/15/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 0.97 | 58.20 |
| 11/15/2019 | Litigation Support<br>Voynow Docs | Jamnik | 1.48 | 407.00 |
| 11/18/2019 | Litigation Support<br>conference call with Ken/Dan/Jill on Star<br>information needed for fraud and other<br>litigation reports | Lewis | 0.50 | 275.00 |
| 11/18/2019 | Litigation Support<br>Review file - compile list of documents needed | Morton | 2.20 | 807.40 |
| 11/18/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.88 | 112.80 |
| 11/18/2019 | Litigation Support<br>List of Documents request | Jamnik | 1.43 | 393.25 |
| 11/19/2019 | Litigation Support<br>Review documents received.  Prepare<br>updated document request for Star. | Morton | 2.27 | 833.09 |
| 11/19/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.76 | 105.60 |
| 11/19/2019 | Litigation Support<br>Working on Request List and Voynow report | Jamnik | 5.41 | 1,487.75 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                    *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/20/2019 | Litigation Support<br>Voynow Report | Jamnik | 5.75 | 1,581.25 |
| 11/20/2019 | Litigation Support<br>Begin preparation of updated report in format<br>requested by client | Morton | 4.28 | 1,570.76 |
| 11/20/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 6.08 | 364.80 |
| 11/21/2019 | Litigation Support<br>Review of cancelled checks from Chrysler and<br>bank statements | Jamnik | 1.76 | 484.00 |
| 11/21/2019 | Litigation Support<br>renaming Voynow doc | Stickel | 7.95 | 477.00 |
| 11/22/2019 | Litigation Support<br>review of cancelled checks for chrysler | Jamnik | 1.87 | 514.25 |
| 11/25/2019 | Litigation Support<br>Voynow Report | Jamnik | 1.73 | 475.75 |
| 11/25/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.49 | 449.40 |
| 11/26/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.95 | 477.00 |
| 12/02/2019 | Litigation Support<br>Emails and Report rewriting | Jamnik | 6.38 | 1,754.50 |
| 12/02/2019 | Litigation Support<br>reveiw Voynow documents | Rosenfield | 2.50 | 1,375.00 |
| 12/02/2019 | Litigation Support | Lewis | 3.00 | 1,650.00 |
| 12/02/2019 | Litigation Support<br>Meeting to go over Voynow case | Rosenfield(A) | 0.75 | 206.25 |
| 12/02/2019 | Litigation Support<br>RE: VOYNOW / On the phone with Reynolds<br>and Reynolds / completing multiple required<br>Reynolds proficiency training | Rosenfield(A) | 1.35 | 371.25 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                              *Page 4*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/02/2019 | Litigation Support<br>Updated Star Report | Morton | 8.28 | 3,038.76 |
| 12/02/2019 | Litigation Support<br>going through documents sent to find any<br>signed engagement letters | Stickel | 8.00 | 480.00 |
| 12/03/2019 | Litigation Support<br>meeting with Dan and Jill review Voynow<br>Documents | Rosenfield | 2.50 | 1,375.00 |
| 12/03/2019 | Litigation Support | Lewis | 0.50 | 275.00 |
| 12/03/2019 | Litigation Support<br>Pulling reports for Voynow case | Rosenfield(A) | 1.49 | 409.75 |
| 12/03/2019 | Litigation Support<br>Renaming docs from Voynow and Report<br>rewriting | Jamnik | 6.23 | 1,713.25 |
| 12/03/2019 | Litigation Support<br>Update Star Report | Morton | 6.19 | 2,271.73 |
| 12/04/2019 | Litigation Support | Lewis | 2.25 | 1,237.50 |
| 12/04/2019 | Litigation Support<br>VOYNOW Pulling GL detail from 11.2014 to<br>4.30.2017 | Rosenfield(A) | 3.56 | 979.00 |
| 12/04/2019 | Litigation Support | Lewis | 2.00 | 1,100.00 |
| 12/04/2019 | Litigation Support<br>Discussion with Scott, Jill and Ken on the<br>Report and Voynow docs | Jamnik | 1.49 | 409.75 |
| 12/04/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 6.58 | 1,809.50 |
| 12/04/2019 | Litigation Support<br>Revision of Star Report | Morton | 6.87 | 2,521.29 |
| 12/04/2019 | Litigation Support<br>going through documents to find any signed | Stickel | 6.00 | 360.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                          *Page 5*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | engagement letters | | | |
| 12/05/2019 | Litigation Support<br>review Voynow documents and review revised report | Rosenfield | 1.50 | 825.00 |
| 12/05/2019 | Litigation Support<br>Renaming Voynow Documents and rewriting Voynow report for Barry | Jamnik | 5.79 | 1,592.25 |
| 12/05/2019 | Litigation Support<br>Review documents received.  Prepare updated report | Morton | 7.65 | 2,807.55 |
| 12/06/2019 | Litigation Support<br>review revised report and make changes, work with Adam and Scott on queries for updating scheme report items | Rosenfield | 2.00 | 1,100.00 |
| 12/06/2019 | Litigation Support | Lewis | 0.25 | 137.50 |
| 12/06/2019 | Litigation Support<br>PDF and organizing Voynow report and uploading | Jamnik | 0.58 | 159.50 |
| 12/06/2019 | Litigation Support<br>Final revisions to updated report. | Morton | 1.57 | 576.19 |
| 12/09/2019 | Litigation Support<br>scanning through documents looking for signed engagement letters | Stickel | 6.00 | 360.00 |
| 12/09/2019 | Litigation Support<br>Voynow Production | Jamnik | 5.79 | 1,592.25 |
| 12/09/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.10 | 2,238.70 |
| 12/09/2019 | Litigation Support<br>review voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/10/2019 | Litigation Support<br>Voynow Production documents | Jamnik | 5.72 | 1,573.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                    *Page 6*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/10/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.57 | 2,411.19 |
| 12/10/2019 | Litigation Support<br>review Voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/11/2019 | Litigation Support<br>Voynow Documents | Jamnik | 4.09 | 1,124.75 |
| 12/11/2019 | Litigation Support<br>Review documents - list of questions | Morton | 4.57 | 1,677.19 |
| 12/11/2019 | Litigation Support<br>review Voynow documents, meet with Dan<br>and Jill to develop word search queries for<br>documents scanned in. Review Voynow<br>memos and emails. | Rosenfield | 3.00 | 1,650.00 |
| 12/12/2019 | Litigation Support<br>Voynow Production Documents | Jamnik | 5.44 | 1,496.00 |
| 12/12/2019 | Litigation Support<br>Review documents received | Morton | 4.48 | 1,644.16 |
| 12/13/2019 | Litigation Support | Rosenfield | 2.50 | 1,375.00 |

review documents submitted by Voynow

| | |
|---|---|
| Current Amount Due | 67,266.26 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 67,266.26 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                      *Page 7*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Litigation 2019*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21778*
*Date      01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/30/2019 | Litigation Support<br>phone call with Michael re: 2016 - 2018 tax returns (client questions/comments) and discussion on criminal and civic lawsuits against Voynow and Debbie) | Lewis | 1.50 $ | 900.00 |
| 12/30/2019 | Litigation Support<br>review of vendor lists/expenses with Ken & Adam | Lewis | 0.50 | 300.00 |
| 01/02/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) | Lewis | 3.00 | 1,800.00 |
| 01/03/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) and factory incentives | Lewis | 3.00 | 1,800.00 |
| 01/08/2020 | Phone Calls / Conference<br>conference call with attorneys/private eye on Star Chrysler fraud and data gathering | Lewis | 0.50 | 300.00 |

*Rosenfield and Company, PLLC*
*Star Litigation 2019*
*Invoice No.   21778*                                                              *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/09/2020 | General Consulting Services<br>review of text files from attorney/private eye<br>from Star Chrysler on factory refund checks,<br>against controller | Lewis | 0.40 | 240.00 |
| | | | | 5,340.00 |

Courtesy Discount (Amount Discounted from Standard Rates)           (445.00)

Current Amount Due            4,895.00

Prior Balance            0.00

Total Amount Due      $    4,895.00

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*