IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSENFIELD & COMPANY, PLLC,

      Plaintiff,

v.                                                                      CASE NO.: 6:20-cv-02382-JA-LRH

TRACHTENBERG, RODES & FRIEDBERG LLP,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04(d) and this Court's *Related Case Order and Track Two Notice* [Doc. No. 3], I certify that the instant action:

__X__ IS       Related to pending or closed civil or criminal case(s) previously field in this Court, or any other Federal or State court, or administrative agency as indicated below:
                Rosenfield and Company, PLLC v. Star Automotive Group, Inc., et al, U.S.D.C., M.D.Fl., Case No. 6:20-cv-857-Orl-78EJK

____ IS NOT       Related to any pending or closed civil or criminal case field with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

63145502_1

Dated: January 12, 2021.                           ADAMS AND REESE LLP

/s/ Leslie A. Wickes
Leslie A. Wickes, Esq.
Florida Bar Number 973963
leslie.wickes@arlaw.com
ginger.cassada@arlaw.com
James N. Floyd, Esq.
Florida Bar Number 0114216
james.floyd@arlaw.com
megan.farmer@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
(904) 493-3302 (Telephone)
(904) 355-1797 (Facsimile)

AND

TRACHTENBERG RODES & FRIEDBERG LLP
Leonard A. Rodes, Esq.
Florida Bar Number 1002583
Pending Special Admission to USDC, M.D.Fl.
LRodes@TRFLaw.com
420 Lexington Avenue, Suite 2800
New York, New York  10170
(212) 972-2929 (Telephone)
(212) 972-7581 (Facsimile)

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Pendency of Related Cases has been furnished on this 12th day of January, 2021, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Leslie A. Wickes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

63145502_1