IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSENFIELD & COMPANY, PLLC,

      Plaintiff,

v.                                              CASE NO.: 6:20-cv-02382-JA-LRH

TRACHTENBERG, RODES & FRIEDBERG LLP,

      Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS, AND
CORPORATE DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

      1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 120%or more of a party's stock, and all other identifiable legal entities related to a party:

      **a)  Defendant: Trachtenberg Rodes & Friedberg LLP, and its three partners, David G. Trachtenberg, Leonard A. Rodes and Barry J. Friedberg**
      **b)  Defendant's counsel: Leslie A. Wickes; James N. Floyd, Jr.; Adams and Reese LLP; Leonard A. Rodes (pending special admission)**
      **c)  Plaintiff: Rosenfield and Company, PLLC and its owner and founder Ken Rosenfield**
      **d)  Plaintiff's counsel: Jason Zimmerman; Brock Magruder; Lesley-Anne Marks; Gray Robinson, P.A.**

      2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **Not applicable.**

4. The name of each victim (individual or corporate) of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: **Not applicable.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 12, 2021.                    ADAMS AND REESE LLP

*/s/ Leslie A. Wickes*
Leslie A. Wickes, Esq.
Florida Bar Number 973963
leslie.wickes@arlaw.com
ginger.cassada@arlaw.com
James N. Floyd, Esq.
Florida Bar Number 0114216
james.floyd@arlaw.com
megan.farmer@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
(904) 493-3302 (Telephone)
(904) 355-1797 (Facsimile)

AND

Leonard A. Rodes, Esq.
Florida Bar Number 1002583
Pending Special Admission to USDC, M.D.Fl.
LRodes@TRFLaw.com
420 Lexington Avenue, Suite 2800
New York, New York 10170
(212) 972-2929 (Telephone)
(212) 972-7581 (Facsimile)

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement has been furnished on this 12th day of January, 2021, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

                */s/ Leslie A. Wickes*
                  Attorney