IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ROSENFIELD & COMPANY, PLLC, a Florida Professional Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRACHTENBERG, RODES & FRIEDBERG LLP,<br><br>Defendant. | CASE NO. 6:20-cv-02382-JA-LRH |

**ROSENFIELD & COMPANY, PLLC'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Rosenfield and Company, PLLC v. Star Automotive Group, Inc., et al., United States District Court, Middle District of Florida, Case No. 6:20-cv-00857-Orl-78EJK

____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 12th day of January, 2021,

/s/ Brock Magruder
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com

Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Leslie A. Wickes, leslie.wickes@arlaw.com, ginger.cassada@arlaw.com, James N. Floyd, james.floyd@arlaw.com, Adams and Reese, LLP, 501 Riverside Avenue, Suite 601, Jacksonville, Florida 32202; and Leonard A. Rodes, LRodes@TRFLaw.com, Trachtenberg, Rodes & Friedberg, LLP, 420 Lexington Avenue, Suite 2800, New York, New York 1017.

*/s/Brock Magruder*
**Brock Magruder**
Florida Bar No. 112614

2