IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ROSENFIELD & COMPANY, PLLC, a Florida Professional Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRACHTENBERG, RODES & FRIEDBERG LLP,<br><br>Defendant. | CASE NO. 6:20-cv-02382-JA-LRH |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Rosenfield & Company, PLLC, hereby discloses the following pursuant to this Court's interested persons order, and FED. R. CIV. P. 7.1:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a part to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a)    Rosenfield & Company, PLLC – Plaintiff
    (b)    GrayRobinson, P.A. – Attorneys for Plaintiff
    (c)    Jason Zimmerman – Counsel for Plaintiff
    (d)    Brock Magruder – Counsel for Plaintiff
    (e)    Trachtenberg, Rodes & Friedberg LLP – Defendant
    (f)    Adams and Reese, LLP – Counsel for Defendant
    (g)    Leslie A. Wickes – Counsel for Defendant
    (h)    James N. Floyd – Counsel for Defendant
    (i)    Leonard A. Rodes – Counsel for Defendant

(j) Star Auto Sales of Queens Village, LLC, d/b/a Star Mitsubishi – interested party
(k) Star Auto Sales of Bayside, Inc., d/b/a Star Toyota – interested party
(l) Star Auto Sales of Queens, LLC, d/b/a Star Subaru – interested party
(m) Star Auto Sales of Queens County, LLC, d/b/a Star Fiat – interested party
(n) Metro Chrysler Plymouth, Inc., d/b/a Star Chrysler Jeep Dodge – interested party
(o) Star Hyundai, LLC, d/b/a Star Hyundai – interested party
(p) Star Nissan, Inc., d/b/a Star Nissan – interested party

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Plaintiff is unaware of any entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditor's committee, the twenty largest unsecured creditors) in bankruptcy cases:

Plaintiff is unaware of another entity other than has already been listed that is likely to be an active participant in the proceedings.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff is unaware of any individuals or entities claiming they are victims of the alleged wrongful conduct other than those persons identified as named plaintiff in this action.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 12th day of January, 2021,

/s/ Brock Magruder
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Leslie A. Wickes, leslie.wickes@arlaw.com, ginger.cassada@arlaw.com, James N. Floyd, james.floyd@arlaw.com, Adams and Reese, LLP, 501 Riverside Avenue, Suite 601, Jacksonville, Florida 32202; and Leonard A. Rodes, LRodes@TRFLaw.com, Trachtenberg, Rodes & Friedberg, LLP, 420 Lexington Avenue, Suite 2800, New York, New York 1017.

/s/Brock Magruder
**Brock Magruder**
Florida Bar No. 112614