Exhibit A



ROSENFIELD AND CO, PLLC
(888) 556-1154 I INFO@ROSENFIELDANDCO.COM
ROSENFIELDANDCO.COM

March 8, 2019

Sales of Bayside, Inc. d/b/a Star Toyota of Bayside
205-11 Northern Blvd.
Bayside, NY 11361

Star Nissan, Inc. d/b/a Star Nissan
206-02 Northern Blvd.
Bayside, NY 11361

Metro Chrysler Plymouth Inc. d/b/a Star Chrysler Jeep Dodge
211-10 Jamaica Ave.
Queens Village, NY 11428

Star Hyundai, LLC d/b/a Star Hyundai
201-16 Northern Blvd.
Bayside, NY 11361

Star Auto Sales of Queens LLC d/b/a Star Subaru
206-26 Northern Blvd.
Bayside, NY 11361

**Re: Litigation Support Services – Star Automotive Group – Confidential Attorney-Client Work Product**

Dear: Mr. Koufakis,

This letter will serve to confirm our understanding and agreement whereby you have engaged Rosenfield & Company, PLLC to provide investigation, prosecution, litigation support services, and expert testimony inclusive of working with Milman Labuda Law Group PLLC, which all of said work will be covered within the conditional privilege under NY C.P.L.R. § 3101(d)(2), the attorney-client privilege and the attorney work product privilege under NY C.P.L.R. § 3101(c). This letter summarizes our services including the anticipated scope, procedures, deliverables, and an estimate of professional fees for this engagement.

<u>LITIGATION SUPPORT and EXPERT TESTIMONY SERVICES</u>

We shall be responsible for providing investigation, prosecution, and litigation support services with respect to any and all schemes committed or participated by former employees, inclusive of their families, related persons, and/or entities stated below:

**Carmen Jones:**
   1) Review of accounting behind automobile purchases by Carmen and family
   2) Review of accounting behind JMG Marketing and associated entries scheme
   3) Review of accounting behind Staples scheme, if necessary

**FLORIDA      NEW JERSEY      NEW YORK**





RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ brandmark is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

**Douglas Filardo/Francine Filardo**:
1) Review of accounting behind Subaru advance payment scheme
2) Review of accounting behind Motorsports Advertising d/b/a Subaru Motorsports
3) Review of accounting behind New Vision Advertising and similar marketing vendors

**Vivian Karouzakis/Karouzakis Family**:
1) Review of accounting and elaborating behind employee advance scheme
2) Review of accounting behind Nissan advance payment scheme

**Despina Theocharis/Theocharis Family**:
1) Review of accounting behind falsification of loan payment scheme for Debbie and George Theocharis
2) Review of accounting and elaborating behind suspicious Chrysler general journal entries in report dated 10/9/2017

**Vivian Karouzakis and Despina Theocharis and families**:
1) Review of accounting behind automobile purchases by Vivian, Despina and family
2) Review of accounting behind Intercompany checks and/or personal creditor scheme
3) Review of accounting and elaborating on Fictious company/vendor scheme
4) Review of accounting and elaborating on employee identification number scheme
5) Review of accounting behind any other scheme not mentioned above

**ANTICIPATED CIVIL CASE SERVICES**:

**Carmen Duty of Loyalty Case**:
1) Anticipated 1-2 days of testimony
2) Anticipated 2-4 hours of prep with attorneys

**Doug Filardo Duty of Loyalty Case**:
1) Anticipated 2-3 days of testimony
2) Anticipated 2-4 hours of prep with attorneys

**Vivian Duty of Loyalty Case**:
1) Anticipated 2-3 days of testimony
2) Anticipated 6-8 hours of prep with attorneys

**Despina Duty of Loyalty Case**:
1) Anticipated 2-3 days of testimony
2) Anticipated 6-8 hours of prep with attorneys

**Police Investigation**:
1) Communicating and meeting with Police detectives
2) Follow up on police detectives evidence requests

The information will be used in your theft investigation prosecution, and litigation support. At a minimum, we will gather and provide quarterly sampling of documents, evidence, and supporting proof to show the pattern and estimated damages of each scheme. We will also draft deposition questions relating to each scheme and related evidence. For schemes where work that has already been done, we will identify what work has already been done and what still needs to be done. During the course of our engagement, it may be necessary for us to prepare written reports that support our



conclusions. Any written reports prepared or previously prepared can be provided without exhibit tabs and/or bate stamping when requested so the documents can be provided to opposing parties in civil cases. Any and all studies, reports, or other information gathered, collected, or prepared by us in connection with our engagement under this agreement shall be your property, shall be promptly communicated to you, and shall be delivered to you upon your request or upon completion of our services under this agreement. **We shall undertake no work under this agreement unless specifically requested to do so by you**. We will communicate regularly to identify and prioritize what schemes we should focus on.

If anyone issues any subpoena for information or materials related to this engagement which is in our custody or control, we will inform you. Should you request us to take any legal action to seek protection against disclosure of such information or materials, you will either retain legal counsel to represent us, or will indemnify us for all costs and expenses, including attorney's fees and expenses.

It is our policy to retain our working papers for a period of seven years from the date of last service. We will not retain original client records, which will be returned at the completion of this engagement at your expense. Our services do not constitute an audit or verification of the underlying financial records.

FEES

Our customary practice in these types of engagements is to receive a retainer of $15,000 before commencing work. This retainer will be billed against work as we go and replenished upon approval of client.

Our fees for these services, including but not limited to investigation and support evidence of schemes, assistance and meeting with necessary detectives, the district attorney's office, and/or federal agents in the prosecution, preparation for depositions and actual depositions, drafting summary evidentiary correspondence memorandums, corroborating schemes, preparation for trial, and appearing as a witness in trial will be based upon the amount of time required at our reduced hourly billing rates for personnel assigned, at the time services are provided, plus out-of-pocket expenses. Our reduced hourly billing rates range from $130 for junior staff to $550 per hour for partners. Dan Jamnik's rate will be $275 per hour. It is agreed that our fees are not contingent upon the results of the litigation or valuation, and we understand that our role in this matter is not as an advocate for either party. Any direct expenses incurred for meals, travel, lodging, or extraordinary administrative or document expense will be additional and billed separately at cost.

We will bill you directly for our professional services and expenses on at least a monthly basis. All invoices are due and payable upon presentation. We reserve the right to discontinue our work until balances are paid in full, or satisfactory arrangements have been approved. If it is necessary to incur any legal or other expenses in connection with the collection of our fees, you will be responsible for these expenses and fees.

If information becomes known that would make our continued involvement in this engagement inappropriate, or if the attorney's or parties involved change, we reserve the right to withdrawal from this engagement. In addition, we will refuse to perform any requested act that we deem a violation of law, public policy, or our professional ethical standards, and may, as a result, withdraw from the engagement without penalty.

This agreement shall not be assigned or transferred in whole or in part by either party without the previous written consent of the other party, and any attempt to do so shall be void and unenforceable.

This agreement shall be governed and interpreted according to the laws of the State of New York.

We appreciate the opportunity to provide these services to you and welcome any questions you may have regarding this engagement. If this letter does not conform to your understanding, please let us know at your earliest convenience.



Very truly yours,

Rosenfield and Company, PLLC

REQUIRED RESPONSE:

This letter and any applicable appendixes correctly sets forth our understanding of the services and fee structure specified by Rosenfield and Company, PLLC. Please sign and return to the Firm Administrative Team via email at info@rosenfieldandco.com or fax at 407-849-6700

By: _____ _Pres._    Date: ___3/14/19___
      Star Auto Sales of Bayside, Inc.

By: _____ _Execute Mgr._    Date: ___3/14/19___
      Star Nissan, Inc.

By: _____ _Mgr._    Date: ___3/14/19___
      Metro Chrysler Plymouth Inc.

By: _____ _Member_    Date: ___3/14/19___
      Star Hyundai, LLC

By: _____ _Member_    Date: ___3/14/19___
      Star Auto Sales of Queens LLC

cc: Richard I. Milman, Milman Labuda Law Group PLLC (Via Email)