Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSENFIELD & COMPANY, PLLC,

       Plaintiff,

v.                                CASE NO.: 6:20-cv-02382-JA-LRH

TRACHTENBERG, RODES & FRIEDBERG LLP,

       Defendant.

-----------------------------------------------------------------/

## DECLARATION OF BARRY J. FRIEDBERG

BARRY J. FRIEDBERG, hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746:

1.     I reside in New York.  I am an attorney admitted to practice in New York.  I am a partner in the three-partner law firm Trachtenberg Rodes & Friedberg LLP ("TRF"), which is named as the defendant in this matter.

2.     I respectfully submit this Declaration in support of TRF's motion to dismiss this action under Rules 12(b) or, in the alternative, to transfer this action to the United States District Court, Southern District of New York.

3.     TRF is a New York limited liability partnership, with three partners:  its founder David G. Trachtenberg, Leonard A. Rodes and myself.  TRF employs two lawyers as associates. TRF maintains one office, located at 420 Lexington Avenue, New York, New York.  TRF's practice is concentrated in the area of business disputes, and its lawyers practice predominantly before courts and arbitration tribunals located in New York City.  TRF owns no property in

Florida. TRF has made no attempt to develop a practice involving appearance before Florida courts. Neither I nor my partners can recall ever appearing as an attorney before the bar in a Florida court.

4.      In late 2017, TRF was hired by Mike Koufakis, one of the owners of several automobile dealerships located in Queens and Long Island, New York, to evaluate and assert claims of accountant malpractice against a CPA firm called "Voynow," which is based in Trevose, Pennsylvania, about 80 miles from midtown Manhattan. Voynow had been the accountant and auditor of the Koufakis dealerships during a period of time when millions of dollars had been embezzled from the dealerships by certain employees. From the start, I was the only TRF partner responsible for the representation of Koufakis and his dealerships.

5.      The Star Auto Group's retention of TRF in late 2017 came about as a result of forensic accounting investigation and analysis that the plaintiff here ("R&C") had already undertaken pursuant to its direct engagement by Koufakis and his dealerships (collectively referred to herein as the "Star Auto Group") in early 2017. While the focus of that forensic engagement was to determine the means and extent of the embezzlement – in order, among other things, to assist Star Auto Group's regular counsel, the firm of Milman Lebuda on Long Island (the "Milman Firm"), in engaging the criminal authorities and pursuing civil claims against the embezzlers – R&C's forensic accountants also suggested in the course of that work that the Star Auto Group's former accountants, the Voynow firm, should have, in the normal course of its accounting work for the dealerships detected and reported certain red flags that would have uncovered the embezzlements, but negligently failed to do so. Koufakis hired TRF specifically to evaluate and pursue claims against Voynow.

2

6.      From the start of TRF's retention by Koufakis in late 2017, I consulted with R&C's forensic accountants, as did the Milman Firm. By early 2018, I had prepared a draft complaint against the Voynow firm, and R&C reviewed and commented on the draft. In October 2018, I commenced the action against the Voynow firm (the "Voynow Action") by filing a complaint (the "Voynow Complaint") in the United States District Court, Eastern District of New York. R&C also continued to consult with me (or my TRF associate) at times during late 2018 and most of 2019 as the Voynow Action proceeded through initial discovery proceedings. At all times prior to October 24, 2019 – that is, for almost all of the first two years of TRF's representation of the Star Auto Group in respect of the Voynow matter – R&C billed the Star Auto Group directly for the forensic consulting services it provided to TRF, and received payment of those invoices directly from the Star Auto Group.

7.      In May 2019, after a motion to dismiss the Voynow Complaint had been denied, such that full discovery and trial preparation was set to begin, I began to formalize an engagement between TRF and R&C in order to ensure that communications would be protected from disclosure by attorney client and work product privileges and immunities.

8.      In connection with that task, R&C confirmed that its only formal engagement letter was directly with the Star Auto Group dealerships, and sent me a copy of what R&C characterized as the "most recent engagement letter for Star," which is annexed to TRF's motion as Exhibit A. The R&C email to which it was attached is annexed hereto.

9.      On October 24, 2019, when TRF had received, or was about to receive, substantial document discovery from Voynow, I finally prepared a draft of an engagement letter between R&C, TRF and the Star Auto dealerships. I addressed the letter to R&C's owner Ken Rosenfield at R&C's New York office, and provided signature lines for R&C and for Koufakis

3

on behalf of "The Star Auto Companies." Among other things, the draft plainly and clearly

stated that, in respect of any R&C consulting services provided to TRF, the fees would be the

obligation only of the "Client," i.e., the signatory "Star Auto Companies." I did not detail the

legal names of those companies, because by October 2019, Rosenfield had already been working

on behalf of, and making hundreds of thousands of dollars from, Koufakis's dealerships for close

to three years, and so it was apparent that he knew their identities.

      10.     I emailed that draft to both Rosenfield and Koufakis, with the message:

"Ken/Michael, please review the attached and let me have any comments. I want to get this

signed up." A copy of that email, along with its attachment, is annexed hereto.

      11.     Later that day, Rosenfield replied by email. He did not at that time (or, to the best

of my knowledge and belief, ever) return to me a signed copy of the letter. But he did accept its

terms (including that the Star Auto Companies would be "solely responsible" for fees), subject to

a condition precedent: i.e., that Koufakis pay a $5000 retainer. Specifically, his email stated:

> This is fine with us...as with all litigation support requirements of our
> insurance company, we will require a retainer that is applied to the final
> invoice. As Mike and his entities are a significant client to our firm, our
> retainer will be minimal at $5,000.

A copy of Rosenfield's October 24, 2019 email is also annexed hereto.

      12.     Shortly thereafter, Koufakis (or one of his companies) paid the $5,000 retainer.

      13.     At no time did I or any other lawyer from TRF do anything in Florida relating to

the Voynow Action or R&C's forensic work in support thereof.

      14.     From and after October 24, 2019, either I or my associate (or both of us)

participated in two or three meetings at which one or more R&C professionals was present. All

of those meetings took place either at TRF's offices in Manhattan or at the Milman Firm's office
on Long Island.

I declare under penalty of perjury
that the foregoing is true and correct.
Executed on January 29, 2021

Barry J. Friedberg

**Leonard Rodes**

| | |
|---|---|
| **From:** | Barry J. Friedberg <bfriedberg@trflaw.com> |
| **Sent:** | Wednesday, January 13, 2021 1:07 PM |
| **To:** | lrodes@trflaw.com |
| **Subject:** | FW: Star Engagement Letter |
| **Attachments:** | 2019-03-14 Star Rosenfield Litigation Agreement.pdf |

---

**From:** Daniel Jamnik <Daniel@rosenfieldandco.com>
**Sent:** Friday, May 31, 2019 2:35 PM
**To:** Barry J. Friedberg <bfriedberg@trflaw.com>
**Cc:** Ken Rosenfield <Ken@Rosenfieldandco.com>
**Subject:** Star Engagement Letter

Barry,

Please find attached the most recent engagement letter for Star

**Daniel Jamnik** / Business Valuation and Litigation Support
Office: 973-358-5807 / Fax: 917-818-2722
Florida – New York – New Jersey
www.rosenfieldandco.com
Daniel@rosenfieldandco.com

  



 

 Please consider the environment before printing this email.

RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ brandmark is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Rosenfield and Company PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

CONFIDENTIALITY NOTICE: This e-mail is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or taking of any action in reliance on its

contents, or other use is strictly prohibited. If you have received this transmission in error, please reply to the sender listed above immediately and permanently delete this message from your Inbox. Thank you for your cooperation.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Leonard Rodes**

| | |
|---|---|
| **From:** | Barry J. Friedberg <bfriedberg@trflaw.com> |
| **Sent:** | Thursday, October 24, 2019 11:58 AM |
| **To:** | 'Ken Rosenfield'; 'Michael Koufakis' |
| **Cc:** | 'Jeremy Koufakis'; sarena@trflaw.com |
| **Subject:** | Reosenfield Engagement Ltr |
| **Attachments:** | Rosenfield Engagement Ltr.rtf |

Ken/Michael, please review the attached and let me have any comments.  I want to get this signed up.  Thanks, -B.

Barry J. Friedberg
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue
New York, New York 10017
(212) 972-2929
(212) 972-7581 fax
bfriedberg@trflaw.com

# TRACHTENBERG RODES & FRIEDBERG LLP

### ATTORNEYS AT LAW
### 545 FIFTH AVENUE
### NEW YORK, NEW YORK 10017

BARRY J. FRIEDBERG
BFRIEDBERG@TRFLAW.COM

TELEPHONE (212) 972-2929
TELECOPIER (212) 972-7581
WWW.TRFLAW.COM

**By Fax**

October 24, 2019

Ken Rosenfield
Rosenfield & Co.
1 Penn Plaza
250 W 34th Street, Suite 1705
New York, NY 10119

**Re:**    **Star v. Voynow, EDNY Case No. 18 cv 5775-ERK-CLP**

Dear Ken:

This letter will confirm the retention of Rosenfield & Company ("R&Co") by Trachtenberg, Rodes & Friedberg LLP ("Counsel") in connection with the above-referenced action (the "Engagement"). The retention shall be as of December 1, 2017, and R&Co has worked and will continue to work under the direction of Counsel.

Specifically, R&Co will assist Counsel and Client with consultation and analysis and will perform such other tasks as may be identified during the course of this Engagement. For now, R&Co will serve as a consulting expert only, but Counsel may later request that one or more professionals from R&Co provide expert testimony in the future. In any such case, Counsel and R&Co will discuss and mutually agree on which R&Co professional would serve as the expert and shall execute a new and separate engagement letter for that purpose.

Fees in connection with the Engagement will be based upon the hourly rates previously established for the work plus disbursements for fees and expenses. The Client will be solely responsible for payment of all such fees and expenses. R&Co will submit invoices for its fees and expenses incurred on a monthly basis in connection with this Engagement directly to the Client, with a copy sent to Counsel. The parties acknowledge and agree that the attorney-client privilege between Counsel and R&Co shall remain notwithstanding the fact that Client is billed directly for services provided under this Engagement. In the event Client disputes any of the fees or expenses on a specific invoice, the Client shall notify R&Co within thirty (30) days of receipt of the invoice of such a dispute.

*October 24, 2019*
*Page 2*

Counsel or Client shall have the right to terminate this agreement at any time, but Client shall remain liable for all fees and expenses accrued prior to such termination.

R&Co understands that its work product and files may become subject to discovery; however, until such materials are sought by subpoena or other process, they will be maintained by R&Co as confidential.  It is agreed that those materials and all other working papers and other documents prepared by R&Co pursuant to this Engagement will be maintained as confidential materials and will not be disclosed to third parties without Counsel's consent, except as may be required by law, regulation, or judicial or administrative process.  Unless prohibited by law, R&Co agrees to notify Counsel promptly of any of the following events:  (a) a request by anyone to examine, inspect, or copy such documents or records; or (b) any attempt to serve, or the actual service of, any court order, subpoena, or summons upon R&Co that requires the production of such documents or records.  It is further understood that if R&Co is not requested by Counsel to provide expert testimony in connection with this Engagement, all opinions and work product of R&Co shared with Counsel or the Client shall be maintained as confidential and shall not be shared with any other person or entity.

R&Co and the Client acknowledge their respective agreement with the terms stated herein as evidenced by their signatures below.

Sincerely,

Barry J. Friedberg

*Acknowledged and Agreed:*

**Rosenfield & Co.**

_____
Name:
Title:

**The Star Auto Companies**

_____
Name:
Title:

**Leonard Rodes**

---

| | |
|---|---|
| **From:** | Ken Rosenfield <Ken@Rosenfieldandco.com> |
| **Sent:** | Thursday, October 24, 2019 6:53 PM |
| **To:** | Barry J. Friedberg; 'Michael Koufakis' |
| **Cc:** | 'Jeremy Koufakis'; sarena@trflaw.com |
| **Subject:** | RE: Reosenfield Engagement Ltr |

This is fine with us…as with all litigation support requirements of our insurance company, we will require a retainer that is applied to the final invoice. As Mike and his entities are a significant client to our firm, our retainer will be minimal at $5,000.

Thanks!

**Kenneth R. Rosenfield, CPA**
Mobile: 321-508-4921/ Office: 407-849-6400 / Fax: 407-849-6700
Florida, New York and New Jersey
www.rosenfieldandco.com
Ken@rosenfieldandco.com

  




Licensed in Florida (13544) and New York (116472)

 Please consider the environment before printing this email.

RSM US Alliance provides its members with access to resources of RSM US LLP. RSM US Alliance member firms are separate and independent businesses and legal entities that are responsible for their own acts and omissions, and each are separate and independent from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM International resources through RSM US LLP but are not member firms of RSM International. Visit rsmus.com/aboutus for more information regarding RSM US LLP and RSM International. The RSM™ brandmark is used under license by RSM US LLP. RSM US Alliance products and services are proprietary to RSM US LLP.

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Rosenfield and Company PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

CONFIDENTIALITY NOTICE: This e-mail is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please reply to the sender listed above immediately and permanently delete this message from your Inbox. Thank you for your cooperation.

*"Failure to Prepare, Is Preparing for Failure" – John Wooden*

**From:** Barry J. Friedberg <bfriedberg@trflaw.com>
**Sent:** Thursday, October 24, 2019 11:58 AM
**To:** Ken Rosenfield <Ken@Rosenfieldandco.com>; 'Michael Koufakis' <mkoufakis@gmail.com>
**Cc:** 'Jeremy Koufakis' <jeremy@mmmlaborlaw.com>; sarena@trflaw.com
**Subject:** Reosenfield Engagement Ltr

Ken/Michael, please review the attached and let me have any comments.  I want to get this signed up.  Thanks, -B.

Barry J. Friedberg
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue
New York, New York 10017
(212) 972-2929
(212) 972-7581 fax
bfriedberg@trflaw.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.