# Exhibit F

| Invoice 21527 | | | Invoice 21603 | | | Invoice 21635 | | | Invoice 21778 | | | Invoice 21871 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Keeper | Hours | Charge | Time Keeper | Hours | Charge | Time Keeper | Hours | Charge | Time Keeper | Hours | Charge | Time Keeper | Hours | Charge |
| Morton | 61.03 | $ 22,398.01 | Morton | 17.78 | $ 6,525.26 | Morton | 0 | $ - | Morton | 0 | $ - | Morton | 3.48 | $ 1,277.16 |
| Jamnik | 73.42 | $ 20,190.50 | Jamnik | 11.41 | $ 3,137.75 | Jamnik | 16.3 | $ 4,482.50 | Jamnik | 0 | $ - | Jamnik | 2.78 | $ 764.50 |
| Rosenfield | 20 | $ 11,000.00 | Rosenfield | 0 | $ - | Rosenfield | 6 | $ 3,300.00 | Rosenfield | 0 | $ - | Rosenfield | 0 | $ - |
| Lewis | 8.5 | $ 4,675.00 | Lewis | 0 | $ - | Lewis | 0 | $ - | Lewis | 8.9 | $ 5,340.00 | Lewis | 0 | $ - |
| Stickel | 82.5 | $ 4,950.00 | Stickel | 0 | $ - | Stickel | 0 | $ - | Stickel | 0 | $ - | Stickel | 0 | $ - |
| Rosenfield A | 7.15 | $ 1,966.25 | Rosenfield A | 0 | $ - | Rosenfield A | 2.5 | $ 687.50 | Rosenfield A | 0 | $ - | Rosenfield A | 1.25 | $ 343.75 |
| McDonald | 6.5 | $ 2,086.50 | McDonald | 0 | $ - | McDonald | 0 | $ - | McDonald | 0 | $ - | McDonald | 0 | $ - |
| | 259.1 | $ 67,266.26 | | 29.19 | $ 9,663.01 | | 24.8 | $ 8,470.00 | | 8.9 | $ 5,340.00 | | 7.51 | $ 2,385.41 |

| Totals By Time Keeper | | |
|---|---|---|
| Time Keeper | Hours | Charge |
| Morton | 82.29 | $ 30,200.43 |
| Jamnik | 103.9 | $ 28,575.25 |
| Rosenfield | 26 | $ 14,300.00 |
| Lewis | 17.4 | $ 10,015.00 |
| Stickel | 82.5 | $ 4,950.00 |
| Rosenfield A | 10.9 | $ 2,997.50 |
| McDonald | 6.5 | $ 2,086.50 |