Exhibit G




HOME   OUR FIRM   OUR TEAM   SERVICES ⌄   CAREERS   CLIENT PORTAL   CONTACT   🔍




🔍   MENU



### Ken Rosenfield
### CPA

📍 Orlando, FL | New York City, NY



### Scott Lewis
### CPA, MSA

📍 Orlando, FL



### Paul Kaplan
### CPA, MBA, CGMA

📍 New York City, NY



### Jan Dulman
### CPA

📍 New York City, NY



### Alan Ginsberg
### CPA

📍 Metro Park, NJ



### Robert Morrison
### ASA, BV/IA

📍 Orlando, FL



### Dama Hergner
### CPA

📍 Orlando, FL



### Bernadette Jennings
### ACA

📍 Orlando, FL



### Tara Nesseralla

📍 Orlando, FL



### Nicholl Amurao

📍 Orlando, FL



### Merry Jochum

📍 Orlando, FL



### Jennifer Kobylarz
### CPA, MST

📍 Orlando, FL



### Daniel Jamnik

📍 New York City, NY



### Anne Louise Brand
### CPA

📍 New York City, NY



### Zach Wimberger

📍 Orlando, FL











**Samantha Valenti**

 Orlando, FL

**Adam Rosenfield**

Orlando, FL

**Angela Cai**

Orlando, FL

**Svetlana Romano**

Metro Park, NJ

**Valerie Li**

New York City, NY











**Elizabeth McDonald**

Orlando, FL

**Paul Dumm CPA, ABV, CFF, CFE, ASA**

Orlando, FL

**Alexander Dokuchaev CPA, CFE, MSA**

Orlando, FL

**Rachel Lindvig CPA, MSA**

 Orlando, FL

**Andreas Petrou CPA**

Metro Park, NJ





**Kevin McElroy MBA, CPA/ABV, ASA**

 New York City, NY

**Debra Hogan**

Metro Park, NJ

Case 6:20-cv-02382-JA-LRH   Document 17-7   Filed 01/29/21   Page 5 of 8 PageID 190

Copyright © 2021 Rosenfield and Co.

**Stay In The Loop**

Get news from Rosenfield & Co, PLLC in your inbox.

📞 1-888-556-1154

✉ info@rosenfieldandco.com

SIGN UP →




HOME    OUR FIRM    OUR TEAM    SERVICES ∨

CAREERS    CLIENT PORTAL    CONTACT




MENU

# Rosenfield and Company expands Consulting Services Team

TARA NESSERALLA    NOVEMBER 4, 2019    NEWSLETTERS



Firm expands their growing staff with Jill Morton, CPA, CVA, CFE.



New York City, NY, November 4, 2019– Accounting firm Rosenfield and Company, PLLC has expanded its Consulting practice to include their newest credentialed team member with Jill Morton, CPA, CVA, CFE. As their current client base in need of Consulting

 services has expanded, the need for additional staff with specific expertise in Forensic Accounting, Business Valuations and Litigation Support has been long overdue. As of Monday, November 4, 2019, Jill Morton has joined Rosenfield team in their New York office.

"I am excited to join the innovative team at Rosenfield and Company! Our mission and approach using technology is impressive and of great value to our clients.  I am looking forward to working with our interesting and diverse client base, including those in the firm's niche of automotive retail." – Jill Morton, CPA, CVA, CFE, Rosenfield and Company, PLLC.

Jill has her CPA license in New York, New Jersey, Colorado and Florida as well as her CVA and CFE certifications. She holds a bachelor's degree in Accounting from the University of Miami. Jill brings a wealth of experience to the firm's Consulting Team.  She has an extensive background in Litigation Support, Business Damage Claims, Business Valuation and Investigative Analysis in all areas of accounting.  Jill previously founded her own firm, providing Litigation Support for Commercial Litigation and Marital Cases.  She also spent nearly 20 years as a financial manager and forensic accountant in Florida.

"We are extremely excited for Jill to join our team. We are thrilled to share her expertise with our clients looking for Business Valuations, Forensic Accounting and Litigation Support services." – Ken Rosenfield, CPA, Founder and Managing Partner, Rosenfield and Company, PLLC.

In addition to her hard work in accounting, Jill is also passionate about fundraising for research and education related to organ donation. She received the Champion Award in 2012 as a Donate Life Ambassador and has been featured in numerous articles and TV programs regarding organ donation.

Jill has excelled in athletics and is a three-time Gold Medalist in the US Transplant Games in Tennis, Cycling and Running.

# # #

Since 1996 Rosenfield & Company, PLLC (one of the first accounting firms to specialize in the automotive industry), has continually strengthened its skill set in several niche accounting industries. Their unique expertise and deep bench strength set them apart from other CPA firms, making them one of the leading CPA firms serving Automobile Dealerships, Manufacturers and Distributors, Publishing Companies, Broker/Dealers, Cruise Lines and other businesses and high net worth individuals. In addition, they have staff certified in Business Valuations and in assisting in Complex Litigation and Bank Workout matters. They take pride in providing precise and efficient work to clients while still offering access to the same resources provided by large international firms. Their dedication and expert abilities keep them agile and attuned to meeting your company's business needs. As a CPA firm, their services are offered globally to clients,

with offices located in Orlando, Florida, New York City, New York and Iselin, New Jersey.

If you would like more information, please contact Tara Carapellucci at 407-985-2597 or email at tara@rosenfieldandco.com.



PREVIOUS
Alan E. Ginsberg, CPA Joins the Rosenfield & Co Team

NEXT
End of Year – Record Retention Guide

Copyright © 2021 Rosenfield and Co.

  

📞 1-888-556-1154

✉ info@rosenfieldandco.com

**Stay In The Loop**

Get news from Rosenfield & Co, PLLC in your inbox.


SIGN UP ➔