Exhibit H

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

ROSENFIELD AND COMPANY, PLLC, a Florida
Professional Limited Liability Company,

                    Plaintiff,                    Case No.:

      -against-

STAR AUTOMOTIVE GROUP, INC., a foreign
corporation; STAR AUTO BODY OF QUEENS
VILLAGE, LLC, a foreign limited liability company;
STAR AUTO SALES OF BAYSIDE, INC., a foreign
corporation, d/b/a STAR TOYOTA; STAR AUTO
SALES OF QUEENS, LLC, a foreign limited liability
company; STAR AUTO SALES OF QUEENS
COUNTY, LLC, a foreign limited liability company,
d/b/a STAR FIAT; METRO CHRYSLER
PLYMOUTH INC., a foreign corporation, d/b/a STAR
CHRYSLER JEEP DODGE RAM SRT FIAT; STAR
HYUNDAI, LLC, a foreign limited liability company,
d/b/a STAR HYUNDAI STAR GENESIS OF
BAYSIDE; STAR NISSAN, INC., a foreign
corporation, d/b/a STAR NISSAN; 205-11
NORTHERN BOULEVARD LLC, a foreign limited
liability company; 210-10 JAMAICA AVENUE LLC, a
foreign limited liability company; 211-48 JAMAICA
AVENUE, LLC, a foreign limited liability company;
KOUFAKIS REALTY, LLC, a foreign limited liability
company; KOUFAKIS REALTY 211-52 JAMAICA
AVENUE, LLC, a foreign limited liability company;
THE JOHN M. KOUFAKIS GRANDCHILDRENS
TRUST; SHAILJA BHATNAGER, an individual;
EILEEN KOUFAKIS, an individual; JOHN A.
KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an
individual; MICHAEL KOUFAKIS, an individual; and
STEVEN M. KOUFAKIS, an individual,

                    Defendants.

----------------------------------------------------------------/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 Defendants Star Auto Body Of Queens Village, LLC ("Star Auto Body); Star Auto Sales Of Bayside, Inc. D/B/A Star Toyota ("Star Toyota"); Star Auto Sales Of Queens, LLC ("Star Auto Sales of Queens"); Star Auto Sales Of Queens County, LLC D/B/A Star Fiat ("Star Fiat"); Metro Chrysler Plymouth Inc. D/B/A Star Chrysler Jeep Dodge Ram SRT Fiat ("Star Chrysler"); Star Hyundai, LLC D/B/A Star Hyundai Star Genesis Of Bayside ("Star Hyundai"); Star Nissan, Inc. D/B/A Star Nissan ("Star Nissan"); 205-11 Northern Boulevard LLC; 210-10 Jamaica Avenue LLC; 211-48 Jamaica Avenue, LLC; Koufakis Realty, LLC; 211-52 Jamaica Avenue, LLC (improperly denominated as Koufakis Realty 211-52 Jamaica Avenue, LLC) ; The John M. Koufakis Grandchildrens Trust; Shailja Bhatnager; Eileen Koufakis; John A. Koufakis; Lynne S. Koufakis; Michael Koufakis; and Steven M. Koufakis (Collectively, "Defendants") hereby remove this action from the Circuit Court of the State of Florida, Orange County, Case No.: Case No. 2020-CA-004146-O, to the United States District Court for the Middle District of Florida.  The grounds for removal are as follows:

1.      On April 20, 2012, Plaintiff Rosenfield and Company, PLLC ("Plaintiff") filed a Summons and Complaint in the Circuit Court of the State of Florida, Orange County, alleging a single claim for "Account Stated."  (Ex. A, Pl.'s Compl.)

2.      Defendants asks that this Court assume jurisdiction pursuant to 28 U.S.C. § 1332 because this matter is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.  Accordingly, this is an action that may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

## I. Procedural Requirements for Removal

3.      Plaintiff filed its complaint on April 20, 2020.  This Notice of Removal, brought within thirty days of service of the complaint, is timely pursuant to 28 U.S.C. § 1446(b).

4.      Venue is proper in this Court because it is "the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

5.      All defendants served with the complaint join in this removal.[1]

6.      No previous application has been made for the relief requested herein.

7.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by Defendants, which include the Complaint, are attached.  (<u>See</u> Ex. B.)

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Circuit Court for Orange County, Florida.

## II. Substantive Requirements for Removal

9.      This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship).

10.      Defendants are citizens of the following states for purposes of determining diversity under 28 U.S.C. § 1332(c)(1):

      a.   Star Auto Body is a limited liability company formed in the state of New York. Star Auto Body's sole member is a citizen of the state of New York.

      b.   Star Toyota is an S corporation, incorporated in the state of New York. Its current state of citizenship is New York, and its principal place of business is in New York.

---

[1] Star Automotive Group, Inc. is the only defendant not represented by the undersigned and joined in this motion. However, this Defendant has not been served, making its consent unnecessary.  <u>White v. Bombardier Corp.</u>, 313 F. Supp. 2d 1295, 1300 (N.D. Fla. 2004) ("In order for a defendant's consent to removal to be required, the defendant must have been properly served with process prior to the filing of the notice of removal.").  It also bears noting that the inclusion of Star Automotive Group, Inc. appears to be a misnomer.  That entity has no relationship with Plaintiff and the remaining defendants.

c.  Star Auto Sales of Queens is a limited liability company formed in the state of New York. Star Auto Sales of Queens' sole member is a citizen of the state of New York.

d.  Star Fiat is a limited liability company formed in the state of New York. Star Fiat's members are citizens of the state of New York.

e.  Star Chrysler is an S corporation, incorporated in the state of New York. Its state of citizenship is New York, and its principal place of business is currently in New York.

f.  Star Hyundai is a limited liability company formed in the state of New York. Star Hyundai's members are citizens of the state of New York.

g.  Star Nissan is an S corporation, incorporated in the state of New York. Its state of citizenship is New York, and its principal place of business is in New York.

h.  205-11 Northern Boulevard LLC is a limited liability company formed in the state of Delaware. 205-11 Northern Boulevard LLC's members are citizens of the state of New York.

i.  210-10 Jamaica Avenue LLC is a limited liability company formed in the state of New York. 210-10 Jamaica Avenue LLC's members are citizens of the state of New York.

j.  211-48 Jamaica Avenue, LLC is a limited liability company formed in the state of New York. 211-48 Jamaica Avenue, LLC's members are citizens of the state of New York.

k.  Koufakis Realty, LLC is a limited liability company formed in the state of New York. Koufakis Realty, LLC's members are citizens of the state of New York.

l.   Koufakis Realty 211-52 Jamaica Avenue, LLC is a limited liability company formed in the state of New York. Koufakis Realty 211-52 Jamaica Avenue, LLC's members are citizens of the state of New York.

m.  The John M. Koufakis Grandchildrens Trust is a trust formed in the state of New York. The trustees are all citizens of the state of New York.

n.   Shailja Bhatnager, Eileen Koufakis, John A. Koufakis, Lynne S. Koufakis, Michael Koufakis, and Steven M. Koufakis are all individuals who reside and are domiciled in the State of New York.

11.  Plaintiff is a Florida limited liability company with its principal place of business in Orlando, Orange County, Florida, whose members are believed to be citizens of Florida. Accordingly, Plaintiff is a citizen of Florida for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

12.  Because Plaintiff and Defendants are citizens of different states, complete diversity exists.

13.  The amount in controversy exceeds the statutory limit, as Plaintiff is seeking compensation in excess of $75,000. (See Ex. A, Pl.'s Compl.)

14.  By removing this action from the Circuit Court of the State of Florida, Orange County, Defendants do not waive any defenses available to them.

15.  By removing this action from the Circuit Court of the State of Florida, Orange County, Defendants do not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE**, Defendants remove the above-captioned action from the Circuit Court of the State of Florida, Orange County to the United States District Court for the Middle District of Florida.

Dated: Fort Myers, Florida
        May 19, 2020

**HENDERSON, FRANKLIN, STARNES & HOLT, P.A.**

*/s/ Kyle C. Dudek*

Kyle Dudek, Esq.
*Attorneys for Defendants*
1715 Monroe Street
Fort Myers, FL 33901
(239) 344-1100 (office)
(239) 344-1237 (direct dial)
(239) 344-1509 (facsimile)
kyle.dudek@henlaw.com
sarah.howie@henlaw.com

**VIA FIRST-CLASS MAIL & EMAIL**
Brock Magruder, Esq.
*Attorneys for Plaintiff*
GRAY|ROBINSON, P.A.
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
(407) 843-8880 (telephone)
(407) 244-5690 (facsimile)
brock.magruder@gray-robinson.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

| | |
|---|---|
| ROSENFIELD AND COMPANY, PLLC, a Florida Professional Limited Liability Company, | CASE NO.: |
| Plaintiff, | |
| v. | |
| STAR AUTOMOTIVE GROUP, INC., a foreign corporation; STAR AUTO BODY OF QUEENS VILLAGE, LLC, a foreign limited liability company; STAR AUTO SALES OF BAYSIDE, INC., a foreign corporation, d/b/a STAR TOYOTA; STAR AUTO SALES OF QUEENS, LLC, a foreign limited liability company; STAR AUTO SALES OF QUEENS COUNTY, LLC, a foreign limited liability company, d/b/a STAR FIAT; METRO CHRYSLER PLYMOUTH INC., a foreign corporation, d/b/a STAR CHRYSLER JEEP DODGE RAM SRT FIAT; STAR HYUNDAI, LLC, a foreign limited liability company, d/b/a STAR HYUNDAI STAR GENESIS OF BAYSIDE; STAR NISSAN, INC., a foreign corporation, d/b/a STAR NISSAN; 205-11 NORTHERN BOULEVARD LLC, a foreign limited liability company; 210-10 JAMAICA AVENUE LLC, a foreign limited liability company; 211-48 JAMAICA AVENUE, LLC, a foreign limited liability company; KOUFAKIS REALTY, LLC, a foreign limited liability company; KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, a foreign limited liability company; THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST; SHAILJA BHATNAGER, an individual; EILEEN KOUFAKIS, an individual; JOHN A. KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an individual; MICHAEL KOUFAKIS, an individual; and STEVEN M. KOUFAKIS, an individual, | |
| Defendants. | |

## **COMPLAINT**

Plaintiff Rosenfield and Company, PLLC ("R&Co"), sues Defendants, and state:

Ex. A

## Jurisdiction and Venue

1.      This is an action for damages in excess of $15,000, exclusive of interest, costs, and attorneys' fees.

2.      This Court has jurisdiction over this case pursuant to Section 26.012, Florida Statutes.

3.      This Court also has personal jurisdiction over Defendants pursuant to Florida's Long-Arm Statute, Section 48.193, Florida Statutes, because Defendants breached their respective duties under agreements with R&Co for services performed in Florida, and because they engaged in substantial and not isolated business activity in Florida.

## Parties

4.      Plaintiff, R&Co is a Florida limited liability company with its principal place of business in Orlando, Orange County, Florida.

5.      Defendant, Star Automotive Group, Inc. is a foreign corporation with its principal place of business in Farmingdale, Nassau County, New York.

6.      Defendant, Star Auto Body of Queens Village, LLC is a foreign limited liability company, with its principal place of business in Queens, New York.

7.      Defendant, Star Auto Sales of Bayside, Inc., is a foreign corporation, d/b/a Star Toyota with its principal place of business in Bayside, New York.

8.      Defendant, Star Auto Sales of Queens, LLC, is a foreign limited liability company, with its principal place of business in Bayside, New York.

9.      Defendant, Star Auto Sales of Queens County, LLC, is a foreign limited liability company, d/b/a Star Fiat.

2

10.     Defendant, Metro Chrysler Plymouth Inc., is a foreign corporation, d/b/a Star Chrysler Jeep Dodge Ram SRT Fiat, with its principal place of business in Queens, New York.

11.     Defendant, Star Hyundai, LLC, is a foreign limited liability company, d/b/a Star Hyundai Star Genesis of Bayside, with its principal place of business in Bayside, New York.

12.     Defendant, Star Nissan, Inc., is a foreign corporation, d/b/a Star Nissan with its principal place of business in Bayside, New York.

13.     Defendant, 205-11 Northern Boulevard, LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

14.     Defendant, 210-10 Jamaica Avenue LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

15.     Defendant, 211-48 Jamaica Avenue, LLC, is foreign limited liability company with its principal place of business in Bayside, New York.

16.     Defendant, Koufakis Realty, LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

17.     Defendant, Koufakis Realty 211-52 Jamaica Avenue, LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

18.     Defendant, The John M. Koufakis Grandchildrens Trust is a Trust that hired R&Co to perform tax services on behalf of the Trust.

19.     Defendant, Shailja Bhatnager, is an individual residing in the State of New York.

20.     Defendant, Eileen Koufakis, is an individual residing in the State of New York.

21.     Defendant, John A. Koufakis, is an individual residing in the State of New York, and the Chief Executive Officer of Star Nissan, Inc.

22.     Defendant, Lynne S. Koufakis, is an individual residing in the State of New York.

3

23.     Defendant, Michael Koufakis, is an individual residing in the State of New York, and the Chief Executive Officer of Star Auto Sales of Bayside, Inc.

24.     Defendant, Steven M. Koufakis, is an individual residing in the State of New York.

### Count I – Account Stated

25.     R&Co incorporates paragraphs 1 through 24 as if stated herein.

26.     Defendants engaged R&Co to perform tax accounting and auditing services.

27.     As part of the agreement to engage R&Co, Defendants agreed to pay R&Co for services performed.

28.     R&Co invoiced Defendants for its services.  A true and correct copy of the invoices are attached hereto as Composite Exhibit "A."

29.     Defendants have not paid the outstanding invoices.

30.     Defendants owe the below outstanding amounts, including interest.

WHEREFORE, Plaintiff, Rosenfield & Company, PLLC, respectfully requests this Honorable Court to render an Order and Final Judgment awarding R&Co damages plus pre-judgment interest and costs against Defendants as follows:

A.  Star Automotive Group, Inc., in the total amount of $93,129.68;

B.  Star Auto Body of Queens Village, LLC, in the total amount of $99.00;

C.  Star Auto Sales of Bayside, Inc., d/b/a Star Toyota, in the total amount of $3,598.75;

D.  Star Auto Sales of Queens, LLC, in the total amount of $290.00;

E.  Star Auto Sales of Queens County, LLC, d/b/a Star Fiat, in the total amount of $150.00;

4

F.   Metro Chrysler Plymouth Inc, d/b/a Star Chrysler Jeep Dodge Ram SRT Fiat, in the total amount of $614.00;

G.   Star Hyundai, LLC, d/b/a Star Hyundai Star Genesis of Bayside, in the total amount of $9,000.75;

H.   Star Nissan, Inc., d/b/a Star Nissan, in the total amount of $150.00;

I.   205-11 Northern Boulevard, LLC, in the total amount of $377.50;

J.   210-10 Jamaica Avenue, LLC, in the total amount of $140.00;

K.   211-48 Jamaica Avenue, LLC, in the total amount of $140.00;

L.   Koufakis Realty, LLC, in the total amount of $280.00;

M.   Koufakis Realty 211-52 Jamaica Ave, LLC, in the total amount of $140.00;

N.   The John M. Koufakis Grandchildrens Trust in the total amount of $364.50;

O.   Shailja Bhatnager and John A. Koufakis, jointly, in the total amount of $5,728.00;

P.   Steven M. Koufakis and Eileen Koufakis, jointly, in the total amount of $4,048.00; and

Q.   Lynn S. Koufakis and Michael Koufakis, jointly, in the total amount of $3,528.00.


Respectfully submitted this 20th day of April, 2020,

*/s/ Brock Magruder*
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com

5

Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff*

6



## ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

Trachtenberg Rodes & Friedberg LLP
Attn: Barry Friedberg
CC: Mike Koufakis
545 Fifth Avenue
New York, NY 10017

Invoice No.21871
Date      02/10/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/06/2020 | General Consulting Services<br>Discussing next steps in Voynow case with<br>Ken and Scott | Rosenfield(A) | 0.50 $ | 137.50 |
| 01/07/2020 | Litigation Support | Jamnik | 1.91 | 525.25 |
| 01/08/2020 | General Consulting Services<br>Phone call to discuss action plan with team,<br>Star, and Steve Rambam | Rosenfield(A) | 0.75 | 206.25 |
| 01/10/2020 | Litigation Support<br>Review of Rambam document pull | Jamnik | 0.87 | 239.25 |
| 01/27/2020 | Litigation - Other<br>Review report for questions from RamBam<br>regarding requested information | Morton | 1.50 | 550.50 |
| 01/28/2020 | Litigation - Other<br>Research Chrysler transactions per request -<br>Debbie Despina | Morton | 1.98 | 726.66 |

| | | |
|---|---|---|
| Current Amount Due | | 2,385.41 |
| Prior Balance | | 85,399.27 |
| Total Amount Due | $ | 87,784.68 |

**All invoices are due and payable upon receipt. Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY 10017*

*Invoice No.21635*
*Date       01/08/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/17/2019 | Litigation Support preparation for meeting with Barry Friedberg and Steve Arena | Rosenfield | 1.00 $ | 550.00 |
| 12/18/2019 | Litigation Support meeting at Barry Friedberg's office with Steve Arena | Rosenfield | 3.00 | 1,650.00 |
| 12/19/2019 | Litigation Support review emails from Jeremy and other attorneys regarding Voynow matter | Rosenfield | 0.50 | 275.00 |
| 12/27/2019 | Litigation Support Reviewing Personal Documents from Vivian and Debbie | Jamnik | 5.54 | 1,523.50 |
| 12/27/2019 | Litigation Support Renaming Voynow Documents | Jamnik | 1.18 | 324.50 |
| 12/30/2019 | Litigation Support Going through Personal Documents for Vivian and Debbie | Jamnik | 4.13 | 1,135.75 |
| 12/30/2019 | Litigation Support Pulling expense data, creating vendor analysis in IDEA | Rosenfield(A) | 2.50 | 687.50 |
| 12/30/2019 | Litigation Support review with Scott and Adam on data pull | Rosenfield | 1.50 | 825.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21635*                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/31/2019 | Litigation Support<br>Vivian and Debbie Personal document analysis | Jamnik | 4.26 | 1,171.50 |
| 01/02/2020 | Litigation Support<br>Voynow Documents review and analysis | Jamnik | 1.19 | 327.25 |

|  |  |
|--|--|
| Current Amount Due | 8,470.00 |
| Prior Balance | 76,929.27 |
| Total Amount Due | $    85,399.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY 10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No. 21603*
*Date       12/26/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/16/2019 | Litigation Support<br>Renaming files received from Voynow | Jamnik | 2.61 $ | 717.75 |
| 12/17/2019 | Litigation Support<br>Document review and Write up of potential questions - Voynow | Jamnik | 1.67 | 459.25 |
| 12/17/2019 | Litigation Support<br>Review suspicious documents for meeting tomorrow | Morton | 2.27 | 833.09 |
| 12/18/2019 | Litigation Support<br>Meeting with Stephen Arena | Jamnik | 2.31 | 635.25 |
| 12/18/2019 | Litigation Support<br>Voynow Documents renaming | Jamnik | 1.56 | 429.00 |
| 12/18/2019 | Litigation Support<br>Meeting at Friedbergs office | Morton | 2.51 | 921.17 |
| 12/18/2019 | Litigation Support<br>Prepare for meeting with Friedberg's office | Morton | 2.17 | 796.39 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21603*                                                      *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/19/2019 | Litigation Support<br>Review documents received and upload new<br>documents from portal | Morton | 5.58 | 2,047.86 |
| 12/20/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 3.26 | 896.50 |
| 12/20/2019 | Litigation Support<br>Review documents received | Morton | 5.25 | 1,926.75 |
| | | Current Amount Due | | 9,663.01 |
| | | Prior Balance | | 67,266.26 |
| | | Total Amount Due | $ | 76,929.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY  10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21527*
*Date      12/20/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/28/2019 | Litigation Support<br>naming documents received from Voynow | Jamnik | 2.22 $ | 610.50 |
| 10/29/2019 | Litigation Support<br>Renaming Docs from Voynow | Jamnik | 0.69 | 189.75 |
| 10/30/2019 | Litigation Support<br>discuss set up of data review | Rosenfield | 1.50 | 825.00 |
| 10/30/2019 | Litigation Support<br>renaming VOYNOW documents | Stickel | 4.22 | 253.20 |
| 10/31/2019 | Litigation Support<br>review of data regarding Voynow Case | Rosenfield | 1.50 | 825.00 |
| 10/31/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.03 | 421.80 |
| 11/01/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 7.00 | 420.00 |
| 11/04/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 3.00 | 180.00 |
| 11/06/2019 | Litigation Support | McDonald | 2.00 | 642.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No. 21527*                                              *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | Rename Voynow documents (Dan/Ashley) | | | |
| 11/06/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 5.00 | 300.00 |
| 11/07/2019 | Litigation Support<br>Rename Voynow documents (Dan/Ashley) | McDonald | 4.50 | 1,444.50 |
| 11/08/2019 | Litigation Support<br>Review of Voynow documents | Jamnik | 2.99 | 822.25 |
| 11/11/2019 | Litigation Support<br>renaming of VoyNow documents | Stickel | 2.17 | 130.20 |
| 11/15/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 0.97 | 58.20 |
| 11/15/2019 | Litigation Support<br>Voynow Docs | Jamnik | 1.48 | 407.00 |
| 11/18/2019 | Litigation Support<br>conference call with Ken/Dan/Jill on Star<br>information needed for fraud and other<br>litigation reports | Lewis | 0.50 | 275.00 |
| 11/18/2019 | Litigation Support<br>Review file - compile list of documents needed | Morton | 2.20 | 807.40 |
| 11/18/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.88 | 112.80 |
| 11/18/2019 | Litigation Support<br>List of Documents request | Jamnik | 1.43 | 393.25 |
| 11/19/2019 | Litigation Support<br>Review documents received.  Prepare<br>updated document request for Star. | Morton | 2.27 | 833.09 |
| 11/19/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.76 | 105.60 |
| 11/19/2019 | Litigation Support<br>Working on Request List and Voynow report | Jamnik | 5.41 | 1,487.75 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.    21527                                                    Page 3

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/20/2019 | Litigation Support<br>Voynow Report | Jamnik | 5.75 | 1,581.25 |
| 11/20/2019 | Litigation Support<br>Begin preparation of updated report in format<br>requested by client | Morton | 4.28 | 1,570.76 |
| 11/20/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 6.08 | 364.80 |
| 11/21/2019 | Litigation Support<br>Review of cancelled checks from Chrysler and<br>bank statements | Jamnik | 1.76 | 484.00 |
| 11/21/2019 | Litigation Support<br>renaming Voynow doc | Stickel | 7.95 | 477.00 |
| 11/22/2019 | Litigation Support<br>review of cancelled checks for chrysler | Jamnik | 1.87 | 514.25 |
| 11/25/2019 | Litigation Support<br>Voynow Report | Jamnik | 1.73 | 475.75 |
| 11/25/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.49 | 449.40 |
| 11/26/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.95 | 477.00 |
| 12/02/2019 | Litigation Support<br>Emails and Report rewriting | Jamnik | 6.38 | 1,754.50 |
| 12/02/2019 | Litigation Support<br>reveiw Voynow documents | Rosenfield | 2.50 | 1,375.00 |
| 12/02/2019 | Litigation Support | Lewis | 3.00 | 1,650.00 |
| 12/02/2019 | Litigation Support<br>Meeting to go over Voynow case | Rosenfield(A) | 0.75 | 206.25 |
| 12/02/2019 | Litigation Support<br>RE: VOYNOW / On the phone with Reynolds<br>and Reynolds / completing multiple required<br>Reynolds proficiency training | Rosenfield(A) | 1.35 | 371.25 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.  21527                                                    *Page 4*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/02/2019 | Litigation Support<br>Updated Star Report | Morton | 8.28 | 3,038.76 |
| 12/02/2019 | Litigation Support<br>going through documents sent to find any<br>signed engagement letters | Stickel | 8.00 | 480.00 |
| 12/03/2019 | Litigation Support<br>meeting with Dan and Jill review Voynow<br>Documents | Rosenfield | 2.50 | 1,375.00 |
| 12/03/2019 | Litigation Support | Lewis | 0.50 | 275.00 |
| 12/03/2019 | Litigation Support<br>Pulling reports for Voynow case | Rosenfield(A) | 1.49 | 409.75 |
| 12/03/2019 | Litigation Support<br>Renaming docs from Voynow and Report<br>rewriting | Jamnik | 6.23 | 1,713.25 |
| 12/03/2019 | Litigation Support<br>Update Star Report | Morton | 6.19 | 2,271.73 |
| 12/04/2019 | Litigation Support | Lewis | 2.25 | 1,237.50 |
| 12/04/2019 | Litigation Support<br>VOYNOW Pulling GL detail from 11.2014 to<br>4.30.2017 | Rosenfield(A) | 3.56 | 979.00 |
| 12/04/2019 | Litigation Support | Lewis | 2.00 | 1,100.00 |
| 12/04/2019 | Litigation Support<br>Discussion with Scott, Jill and Ken on the<br>Report and Voynow docs | Jamnik | 1.49 | 409.75 |
| 12/04/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 6.58 | 1,809.50 |
| 12/04/2019 | Litigation Support<br>Revision of Star Report | Morton | 6.87 | 2,521.29 |
| 12/04/2019 | Litigation Support<br>going through documents to find any signed | Stickel | 6.00 | 360.00 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.    21527                                                 Page 5

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | engagement letters | | | |
| 12/05/2019 | Litigation Support<br>review Voynow documents and review revised report | Rosenfield | 1.50 | 825.00 |
| 12/05/2019 | Litigation Support<br>Renaming Voynow Documents and rewriting Voynow report for Barry | Jamnik | 5.79 | 1,592.25 |
| 12/05/2019 | Litigation Support<br>Review documents received.  Prepare updated report | Morton | 7.65 | 2,807.55 |
| 12/06/2019 | Litigation Support<br>review revised report and make changes, work with Adam and Scott on queries for updating scheme report items | Rosenfield | 2.00 | 1,100.00 |
| 12/06/2019 | Litigation Support | Lewis | 0.25 | 137.50 |
| 12/06/2019 | Litigation Support<br>PDF and organizing Voynow report and uploading | Jamnik | 0.58 | 159.50 |
| 12/06/2019 | Litigation Support<br>Final revisions to updated report. | Morton | 1.57 | 576.19 |
| 12/09/2019 | Litigation Support<br>scanning through documents looking for signed engagement letters | Stickel | 6.00 | 360.00 |
| 12/09/2019 | Litigation Support<br>Voynow Production | Jamnik | 5.79 | 1,592.25 |
| 12/09/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.10 | 2,238.70 |
| 12/09/2019 | Litigation Support<br>review voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/10/2019 | Litigation Support<br>Voynow Production documents | Jamnik | 5.72 | 1,573.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.     21527*                                                    *Page 6*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/10/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.57 | 2,411.19 |
| 12/10/2019 | Litigation Support<br>review Voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/11/2019 | Litigation Support<br>Voynow Documents | Jamnik | 4.09 | 1,124.75 |
| 12/11/2019 | Litigation Support<br>Review documents - list of questions | Morton | 4.57 | 1,677.19 |
| 12/11/2019 | Litigation Support<br>review Voynow documents, meet with Dan<br>and Jill to develop word search queries for<br>documents scanned in. Review Voynow<br>memos and emails. | Rosenfield | 3.00 | 1,650.00 |
| 12/12/2019 | Litigation Support<br>Voynow Production Documents | Jamnik | 5.44 | 1,496.00 |
| 12/12/2019 | Litigation Support<br>Review documents received | Morton | 4.48 | 1,644.16 |
| 12/13/2019 | Litigation Support | Rosenfield | 2.50 | 1,375.00 |

review documents submitted by Voynow

|  |  |
|---|---|
| Current Amount Due | 67,266.26 |
| Prior Balance | 0.00 |
| Total Amount Due | $   67,266.26 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.    21527                                                    Page 7

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Litigation 2019*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21778*
*Date      01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/30/2019 | Litigation Support<br>phone call with Michael re: 2016 - 2018 tax returns (client questions/comments) and discussion on criminal and civic lawsuits against Voynow and Debbie) | Lewis | 1.50 | $ 900.00 |
| 12/30/2019 | Litigation Support<br>review of vendor lists/expenses with Ken & Adam | Lewis | 0.50 | 300.00 |
| 01/02/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) | Lewis | 3.00 | 1,800.00 |
| 01/03/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) and factory incentives | Lewis | 3.00 | 1,800.00 |
| 01/08/2020 | Phone Calls / Conference<br>conference call with attorneys/private eye on Star Chrysler fraud and data gathering | Lewis | 0.50 | 300.00 |

*Rosenfield and Company, PLLC*
*Star Litigation 2019*
*Invoice No.   21778*                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/09/2020 | General Consulting Services<br>review of text files from attorney/private eye<br>from Star Chrysler on factory refund checks,<br>against controller | Lewis | 0.40 | 240.00 |

|  |  |
|--|--|
| | 5,340.00 |
| Courtesy Discount (Amount Discounted from Standard Rates) | (445.00) |
| Current Amount Due | 4,895.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 4,895.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Automotive Group*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

Invoice No.21652
Date       01/15/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| **Consulting Services** | | | | |
| 11/07/2019 | Estate Planning<br>Meeting with Dave Ciambella | Rosenfield | 1.00 | |
| 01/06/2020 | Litigation Support<br>conference call with Steve and Rich Milman | Rosenfield | 1.00 | |
| 01/08/2020 | Estate Planning<br>estate planning meeting with Rawls Group and Ken | Lewis | 1.75 | |
| 01/08/2020 | Estate Planning<br>meeting with Dave Ciambella to review data and his plan | Rosenfield | 1.50 | |
| 01/08/2020 | Litigation Support<br>teleconference with Rich Milman and Steve | Rosenfield | 0.50 | |
| | | | $ | 3,650.00 |
| **Corporate Tax Services** | | | | |
| 12/17/2019 | Tax Auth. Exams/Notices/Comm<br>pull all signed POA's from the portal, organize and make sure all pages are signed by client, and send to Paul for signature. | Wimberger | 0.50 | |
| 12/26/2019 | Tax Auth. Exams/Notices/Comm<br>go over mailing POA's with Samm, check all forms and bring to post office for mailing. | Wimberger | 0.75 | |

*Rosenfield and Company, PLLC*
*Star Automotive Group*
*Invoice No.    21652*                                              *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/07/2020 | Tax Auth. Exams/Notices/Comm review letters to be written and type of summary for Elizabeth. | Wimberger | 0.25 | |
| | | | | 450.00 |
| | | | | 4,100.00 |
| | Courtesy Discount | | | (3,650.00) |
| | Current Amount Due | | $ | 450.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co., PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Auto Body of Queens Village, LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No. 21868*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/04/2019 | Tax Planning<br>check 4th quarter payment and print coupon to send to client | Wimberger | 0.33 | $       99.00 |
| | | Current Amount Due | | 99.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 99.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Auto Sales of Bayside, Inc*
*d/b/a Star Toyota*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21869*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/19/2019 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Calls w/NYS ST Agent & Jacquie | | 0.50 $ | 250.00 |
| 12/04/2019 | Tax Planning                          Wimberger<br>update 4th quarter planning sheet using<br>October DFS to determine if a 4th quarter<br>payment is necessary, | | 0.50 | 150.00 |
| 12/06/2019 | Tax Planning                          Lewis<br>review of 4th quarter tax payment for NYC | | 0.25 | 150.00 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Review of open issues re:ST audit | | 0.75 | 375.00 |
| 01/17/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Call w/NYS ST agent on extending time of<br>audit & open issues | | 0.50 | 250.00 |
| 01/24/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Calls w/NYS ST Agent (LM), Adam &<br>client/Jacquie to review open issues | | 0.75 | 375.00 |

|  |  |
|---|---|
| Current Amount Due | 1,550.00 |
| Prior Balance | 2,048.75 |
| Total Amount Due      $ | 3,598.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Auto Sales of Bayside, Inc*
*d/b/a Star Toyota*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21634*
*Date      01/08/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/2019 | Tax Auth. Exams/Notices/Comm reorganize binder and update status of filing penalty protests. | Wimberger | 0.25 | 75.00 |
| 11/18/2019 | Tax Auth. Exams/Notices/Comm Calls w/NYS Sales tax agent & Jacquie re: Vendor names on FA schedule | Kaplan | 0.75 | 375.00 |
| 11/26/2019 | Tax Auth. Exams/Notices/Comm POA | McDonald | 0.15 | 52.50 |
| 12/02/2019 | Tax Auth. Exams/Notices/Comm check Federal and State PoA's and upload to portal | Wimberger | 0.08 | 24.00 |
| 12/12/2019 | Tax Auth. Exams/Notices/Comm Updating Sales Tax spreadsheet for 6.1.18-8.31.18 for correct counties. Running new reports in Reynolds to match up to detail in spreadsheet. Writing analysis for sales tax auditor. | Rosenfield(A) | 3.50 | 1,050.00 |
| 12/13/2019 | Tax Auth. Exams/Notices/Comm Call w/Adam on Gross Sales differences on ST Agent schedule | Kaplan | 0.25 | 125.00 |
| 12/13/2019 | Tax Auth. Notices/Exams/Comm. Review data extraction created by Adam - requested by ST Agent | Kaplan | 0.50 | 250.00 |

Rosenfield and Company, PLLC
Star Auto Sales of Bayside, Inc
Invoice No.    21634                                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/26/2019 | Tax Auth. Exams/Notices/Comm<br>Review docs / add PTIN & date where<br>needed, Scan docs, add POA folders in<br>binder, save docs to folder, prep for certified<br>mail | Valenti | 0.15 | 9.75 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm<br>update NY Notice | McDonald | 0.25 | 87.50 |

|  |  |  |
|--|--|--|
| Current Amount Due | | 2,048.75 |
| Prior Balance | | 0.00 |
| Total Amount Due | $ | 2,048.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**

**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Star Auto Sales of Bayside, Inc*
*Invoice No.    21634*                                                   *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



### ROSENFIELD & CO. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Auto Sales of Queens LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21860*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/04/2019 | Tax Planning<br>update 4th quarter planning sheet with October DFS, review with Scott and print updated coupon to send to client | Wimberger | 0.50 | $ 150.00 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm<br>NY notice | McDonald | 0.40 | 140.00 |
| | | Current Amount Due | | 290.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 290.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & CO.**, PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Auto Sales of Queens County, LLC*
*D/B/A Star Fiat*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

Invoice No.21875
Date       02/10/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/17/2019 | Tax Auth. Exams/Notices/Comm review new letter from NYC, prepare PoA and send to client for signature | Wimberger | 0.50 | $ 150.00 |
| | | Current Amount Due | | 150.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 150.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Chrysler Jeep Dodge*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21870*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/05/2019 | Tax Auth. Exams/Notices/Comm reorganize binder and update status of filing penalty protests. | Wimberger | 0.25 | $ 75.00 |
| 11/19/2019 | Tax Auth. Exams/Notices/Comm review NYC notice for 2018 and compare to tax return for validity. | Wimberger | 0.50 | 150.00 |
| 12/04/2019 | Tax Planning update 4th quarter planning sheet with October DFS and changes from tax notice after fixing MFI. | Wimberger | 0.50 | 150.00 |
| 12/04/2019 | Tax Auth. Exams/Notices/Comm check notice again for additional tax due, and review the return extension prepped in march as the MFI may have been incorrectly calculated/applied. | Wimberger | 0.33 | 99.00 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm NYC notice | McDonald | 0.40 | 140.00 |

|  |  |
|--|--|
| Current Amount Due | 614.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 614.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co., PLLC**

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

Star Hyundai LLC
Attn: Mr. Mike Koufakis
205-11 Northern Blvd
Bayside, NY 11361

Invoice No.21874
Date     02/10/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/28/2020 | Tax Auth. Exams/Notices/Comm Call w/NYS ST Agent on opoen items & deadline to complete | Kaplan | 0.75 | $ 375.00 |
| 01/31/2020 | Tax Auth. Exams/Notices/Comm Calls w/NYS ST Agent & Adam to finalize | Kaplan | 0.75 | 375.00 |
| 02/01/2020 | Tax Auth. Exams/Notices/Comm Creating reconciliation back to sales tax return with detailed transactions for Sales tax auditor (Javanna) | Rosenfield(A) | 3.00 | 900.00 |
| 02/03/2020 | Tax Auth. Exams/Notices/Comm Putting together final reconciliation for Javanna | Rosenfield(A) | 1.00 | 300.00 |
| 02/03/2020 | Tax Auth. Exams/Notices/Comm Review final reconciliation schedule from Adam & send to NYS ST agent | Kaplan | 0.50 | 250.00 |
| 02/07/2020 | Tax Auth. Exams/Notices/Comm Call w/NYS SY Agent | Kaplan | 0.25 | 125.00 |

|  |  |
|---|---|
| Current Amount Due | 2,325.00 |
| Prior Balance | 6,675.75 |
| Total Amount Due | $ 9,000.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**

**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Hyundai LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21777*
*Date        01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/02/2019 | Tax Auth. Exams/Notices/Comm check Federal and State PoA's and upload to portal | Wimberger | 0.08 $ | 24.00 |
| 12/04/2019 | Tax Planning update 4th quarter planning sheet with october DFS and estimate 4th quarter payment | Wimberger | 0.50 | 150.00 |
| 12/12/2019 | Tax Auth. Exams/Notices/Comm Going through Jovanna's spreadsheet and investigating differences, discussing differences with Jackie. Writing up response to Jovanna on differences between book and tax return | Rosenfield(A) | 2.75 | 825.00 |
| 12/12/2019 | Tax Auth. Exams/Notices/Comm Calls w/Adam & review of data extraction to reconcile ST Agents schedule | Kaplan | 0.75 | 375.00 |
| 12/26/2019 | Tax Auth. Exams/Notices/Comm Review docs / add PTIN & date where needed, Scan docs, add POA folders in binder, save docs to folder, prep for certified mail | Valenti | 0.15 | 9.75 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm Call w/ST agent to review info sent & what additional info requested | Kaplan | 1.00 | 500.00 |
| 01/16/2020 | Tax Auth. Exams/Notices/Comm Discussing with Paul next steps and setup meeting with Jovanna (Sales Tax Auditor) | Rosenfield(A) | 0.15 | 45.00 |
| 01/16/2020 | Tax Auth. Exams/Notices/Comm Calls w/NYS ST agent & Adam to to review final info request from NYS | Kaplan | 0.75 | 375.00 |

*Rosenfield and Company, PLLC*
*Star Hyundai LLC*
*Invoice No.    21777*                                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/17/2020 | Tax Auth. Exams/Notices/Comm  Rosenfield(A)<br>Phone calls with Jovanna Huslin (Sales tax auditor) and Paul to go over what is needed for the due date | | 0.75 | 225.00 |
| 01/17/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>onfernce call w/NYS ST agent & Adam & follow up w/Adam & Jackie | | 1.75 | 875.00 |
| 01/20/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Review info from Jacquie on License plate info 2015 & 2016. Send to NYS ST agent & call to discuss | | 0.75 | 375.00 |
| 01/22/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Follow up calls & emails w/NYS ST Agent to confirm receipt of docs requested | | 0.50 | 250.00 |
| 01/23/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Calls w/Jackie & NYS ST agent re: open issues | | 0.50 | 250.00 |
| 01/24/2020 | Tax Auth. Exams/Notices/Comm  Rosenfield(A)<br>Finalizing report for sales tax auditor, creating reconciliation from books to returns | | 3.25 | 975.00 |

|  |  |
|--|--|
| Current Amount Due | 5,253.75 |
| Prior Balance | 1,422.00 |
| Total Amount Due | $ 6,675.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

Rosenfield and Company, PLLC
Star Hyundai LLC
Invoice No.   21777                                                    *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



### TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Hyundai LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21468*
*Date      12/06/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/21/2019 | Tax Auth. Exams/Notices/Comm  Summarizing data for Feb 2018, communication with client | Rosenfield(A) | 0.50 $ | 150.00 |
| 10/25/2019 | Tax Auth. Exams/Notices/Comm  NYS tax notices IT-204 2016 & IT-204 2017 | Kaplan | 0.50 | 250.00 |
| 10/30/2019 | Tax Auth. Exams/Notices/Comm  Calls w/NYS Sales tax audit & new proposal | Kaplan | 1.00 | 500.00 |
| 11/04/2019 | Tax Auth. Exams/Notices/Comm  Calls w/Adam & NYS ST auditor re: ST reconciliation | Kaplan | 0.75 | 375.00 |
| 11/04/2019 | Tax Auth. Exams/Notices/Comm  Scanning in tax documents, uploading to Engagement and updating Excel spreadsheet | Stickel | 0.25 | 15.00 |
| 11/05/2019 | Tax Auth. Exams/Notices/Comm  reorganize binder and update status of filing penalty protests. | Wimberger | 0.25 | 75.00 |
| 11/20/2019 | General Consulting Services  Looking through Auditors sales tax spreadsheet, on the phone with Paul | Rosenfield(A) | 0.49 | 147.00 |
| 11/21/2019 | Copy / Sign / Assemble / Send  Pull copies of 2016 and 2017 tax returns and send to attorneys | Wimberger | 0.08 | 24.00 |

*Rosenfield and Company, PLLC*
*Star Hyundai LLC*
*Invoice No.    21468*                                                  *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm POA | McDonald | 0.15 | 52.50 |

|  |  |
|---|---|
|  | 1,588.50 |
| Courtesy Discount | (166.50) |
| Current Amount Due | 1,422.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 1,422.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Nissan Inc.*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21863*
*Date     02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| **Tax Services** | | | | |
| 12/04/2019 | Tax Planning | Wimberger | 0.50 | |
| | 4th quarter tax planning using October DFS to update | | | |
| | 4th quarter payment if any. | | | |
| | | | $ | 150.00 |
| | | Current Amount Due | | 150.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 150.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*205-11 Northern Boulevard LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21877*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/02/2020 | Tax Auth. Exams/Notices/Comm review letters that need to be created to various tax notices. send Scott's notes on letter's to be generated and send to Elizabeth. review letter prepared by Elizabeth. | Wimberger | 0.50 | $ 150.00 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm IRS notice | McDonald | 0.40 | 140.00 |
| | | Current Amount Due | | 377.50 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 377.50 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*210-10 Jamaica Avenue LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21878*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 | $ 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| | Current Amount Due | | | 140.00 |
| | Prior Balance | | | 0.00 |
| | Total Amount Due | | $ | 140.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*211-48 Jamaica Avenue LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21879*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 $ | 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| | | Current Amount Due | | 140.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 140.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.,** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Koufakis Realty LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21876*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 | $ 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm NY notice | McDonald | 0.40 | 140.00 |
| | | Current Amount Due | | 280.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 280.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co., PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Koufakis Realty 211-52 Jamaica Ave, LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21867*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 | $ 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| | Current Amount Due | | | 140.00 |
| | Prior Balance | | | 0.00 |
| | Total Amount Due | | $ | 140.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co., PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*The John M. Koufakis Grandchildrens Trust*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21861*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/04/2019 | Tax Planning<br>check 4th quarter and print coupons to send to<br>client for 4th quarter payments. | Wimberger | 0.34 $ | 102.00 |
| 12/12/2019 | Tax Planning<br>roll forward and bank rec for year | McDonald | 0.75 | 262.50 |
| | | Current Amount Due | | 364.50 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 364.50 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**

**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975, Orlando, FL 32801

*John A. Koufakis & Shailja Bhatnager*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21865*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/13/2019 | Tax Planning<br>tax planning worksheet | McDonald | 1.10 | $ 385.00 |
| 12/13/2019 | Tax Planning<br>review tax planning sheet for withholding and<br>make updates/adjustments. | Wimberger | 1.25 | 375.00 |
| 12/15/2019 | Tax Planning<br>review of 2019 tax planning for federal and<br>state final withholding | Lewis | 0.25 | 150.00 |
| | | | | 910.00 |
| | | Courtesy Discount | | (182.00) |
| | | Current Amount Due | | 728.00 |
| | | Prior Balance | | 5,000.00 |
| | | Total Amount Due | $ | 5,728.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975, Orlando, FL 32801

*John A. Koufakis & Shailja Bhatnager*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21773*
*Date      01/29/2020*

**For services rendered in conjunction with the preparation**
**of the 2016, 2017 & 2018 Tax Returns**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 04/12/2019 | Tax Return Preparation<br>prepare tax return for extension for Jeremy. Call client to get information for extension, including bank information. | Wimberger | 0.75 $ | 210.00 |
| 09/19/2019 | Tax Return Preparation<br>review last filed tax return for information needed to file 2018 return. | Wimberger | 0.50 | 140.00 |
| 09/25/2019 | Tax Return Preparation<br>pulling 2018 k-1s to print, uploading to engagement, updating spreadsheet then populating with k-1 data, entering k-1 into tax software | Stickel | 1.62 | 97.20 |
| 10/03/2019 | Tax Return Preparation<br>prepare 1040 for 2017 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.25 | 150.00 |
| 10/03/2019 | Tax Return Preparation<br>prepare 1040 for 2016 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.25 | 150.00 |
| 10/03/2019 | Tax Return Preparation<br>prepare 1040 for 2018 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.25 | 150.00 |
| 10/07/2019 | Tax Return Preparation<br>prepare 1040 for 2018 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.50 | 300.00 |
| 10/25/2019 | Tax Return Preparation<br>work on tax return | Wimberger | 2.50 | 750.00 |

Rosenfield and Company, PLLC
John A. Koufakis & Shailja Bhatnager
Invoice No.     21773                                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/25/2019 | Tax Return Review<br>review of 1040 and NY state tax return for 2018 with Zach | Lewis | 0.25 | 150.00 |
| 10/25/2019 | Tax Return Review<br>review of 1040 and NY state tax return for 2017 with Zach | Lewis | 0.25 | 150.00 |
| 10/31/2019 | Tax Administration<br>put email together for Jacquie explaining process for retrieving 2016 tax transcripts | Wimberger | 0.25 | 75.00 |
| 11/20/2019 | Tax Return Preparation<br>work on tax return - 2017 | Wimberger | 1.50 | 450.00 |
| 11/22/2019 | Tax Return Preparation<br>work on tax return | Wimberger | 1.50 | 450.00 |
| 11/27/2019 | Tax Return Preparation<br>work on tax return for 2017 and 2018 | Wimberger | 3.00 | 900.00 |
| 12/06/2019 | Tax Return Preparation<br>finalize 2016-2018 returns and send in for review. | Wimberger | 1.00 | 300.00 |
| 12/19/2019 | Client Correspondence / Calls<br>Phone call with John E. on assisting with retrieving Dad's tax transcripts from 2016. explain process and type up step by step email. | Wimberger | 0.25 | 75.00 |
| 12/23/2019 | Tax Return Preparation<br>update tax return after review. | Wimberger | 0.50 | 150.00 |
| 12/23/2019 | Tax Return Review<br>review of 2016 federal and state return(s) and workpapers | Lewis | 0.50 | 300.00 |
| 12/23/2019 | Tax Return Review<br>review of 2017 federal and state return(s) and workpapers | Lewis | 0.50 | 300.00 |
| 12/23/2019 | Tax Return Review<br>review of 2018 federal and state return(s) and workpapers | Lewis | 0.50 | 300.00 |

|  |  |
|---|---|
|  | 5,547.20 |
| Courtesy Discount | (547.20) |
| Current Amount Due | 5,000.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $   5,000.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

Rosenfield and Company, PLLC
John A. Koufakis & Shailja Bhatnager
Invoice No.    21773                                                Page 3

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |



ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

Steven M. Koufakis & Eileen Koufakis
Attn: Mr. Mike Koufakis
205-11 Northern Blvd
Bayside, NY 11361

Invoice No.21866
Date        02/10/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/13/2019 | Tax Planning<br>tax planning worksheet | McDonald | 1.10 | $ 385.00 |
| 12/14/2019 | Tax Planning<br>check tax planning sheet rolled for 2019, make adjustments to dealership and check income sources for withholding adjustment. | Wimberger | 1.00 | 300.00 |
| 12/15/2019 | Tax Planning<br>review of 2019 tax planning for federal and state final withholding | Lewis | 0.75 | 450.00 |
| 12/16/2019 | Tax Planning<br>review tax planning worksheets with Scott, send withholding numbers to Jacquie to be made before year end | Wimberger | 0.25 | 75.00 |
| 12/26/2019 | Tax Planning<br>adjust year end tax projection for 2019, after phone call with Michael Koufakis and year end payroll, and phone/email with Steve Koufakis to discuss and inform of amounts needed | Lewis | 1.50 | 900.00 |

*Rosenfield and Company, PLLC*
*Steven M. Koufakis & Eileen Koufakis*
*Invoice No.    21866*                                              *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/27/2019 | Tax Planning<br>adjust year end tax projection for 2019, after phone calls with Michael Koufakis and Steve Koufakis to discuss and inform of amounts needed and accounting/ADP | Lewis | 0.75 | 450.00 |

|  |  |  |
|--|--|--|
|  | | 2,560.00 |
|  | Courtesy Discount | (512.00) |
|  | Current Amount Due | 2,048.00 |
|  | Prior Balance | 2,000.00 |
|  | Total Amount Due | $ 4,048.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & CO.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

Steven M. Koufakis & Eileen Koufakis
Attn: Mr. Mike Koufakis
205-11 Northern Blvd
Bayside, NY 11361

Invoice No.21772
Date      01/29/2020

**For services rendered in conjunction with the preparation
of the 2016, 2017 & 2018 Tax Returns**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/19/2019 | Tax Return Preparation<br>prepare 1040 and NY state tax return for 2016 | Lewis | 1.50 $ | 900.00 |
| 11/19/2019 | Tax Return Preparation<br>prepare 1040 and NY state tax return for 2017 | Lewis | 1.50 | 900.00 |
| 11/22/2019 | Tax Return Preparation<br>prepare 1040 and NY state tax return for 2018 | Lewis | 1.75 | 1,050.00 |
| 11/27/2019 | Tax Return Preparation<br>create QBI worksheet for return, compare to<br>K1 inputs and aggregation codes in tax<br>software. fix k1 input and add to binder. | Wimberger | 1.00 | 300.00 |
| 12/07/2019 | Tax Return Preparation<br>clear review notes on 2016 tax return include<br>federal and NY | Lewis | 0.75 | 450.00 |
| 12/07/2019 | Tax Return Preparation<br>clear review notes on 2017 tax return include<br>federal and NY | Lewis | 0.50 | 300.00 |
| 12/07/2019 | Tax Return Review<br>Review of 2016 tax return workpapers and<br>draft prepared by Scott | Hergner | 0.50 | 240.00 |
| 12/07/2019 | Tax Return Review<br>Review of 2017 tax return workpapers and | Hergner | 0.50 | 240.00 |

*Rosenfield and Company, PLLC*
*Steven M. Koufakis & Eileen Koufakis*
*Invoice No.    21772*                                                            *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| | draft prepared by Scott | | | |
| 12/07/2019 | Tax Return Review<br>Review of 2018 tax return workpapers and<br>draft prepared by Scott | Hergner | 0.50 | 240.00 |
| 12/23/2019 | Tax Return Review | Rosenfield | 2.50 | 1,625.00 |
| 12/24/2019 | Tax Return Review | Rosenfield | 1.50 | 975.00 |
| 12/26/2019 | Tax Return Review | Rosenfield | 1.50 | 975.00 |
| 12/30/2019 | Tax Return Review | Rosenfield | 0.75 | 487.50 |

|  |  |
|---|---|
| | 8,682.50 |
| Courtesy Discount | (6,682.50) |
| Current Amount Due | 2,000.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $    2,000.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Steven M. Koufakis & Eileen Koufakis*
*Invoice No.    21772*                                                    *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



### ROSENFIELD & Co. PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Michael & Lynne S. Koufakis*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21862*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/13/2019 | Tax Planning<br>tax planning worksheet | McDonald | 1.10 | $ 385.00 |
| 12/14/2019 | Tax Planning<br>check tax planning sheet rolled for 2019, make<br>adjustments to dealership and check income<br>sources for withholding adjustment. | Wimberger | 1.25 | 375.00 |
| 12/15/2019 | Tax Planning<br>review of 2019 tax planning for federal and<br>state final withholding | Lewis | 0.75 | 450.00 |
| 12/16/2019 | Tax Planning<br>review tax planning worksheets with Scott,<br>send withholding numbers to Jacquie to be<br>made before year end | Wimberger | 0.25 | 75.00 |

|  |  |  |
|---|---|---|
|  | | 1,285.00 |
|  | Courtesy Discount | (257.00) |
|  | Current Amount Due | 1,028.00 |
|  | Prior Balance | 2,500.00 |
|  | Total Amount Due | $ 3,528.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

Michael & Lynne S. Koufakis
Attn: Mr. Mike Koufakis
205-11 Northern Blvd
Bayside, NY 11361

Invoice No.21720
Date    01/24/2020

**For services rendered in conjunction with the preparation of the 2016,2017 & 2018 Tax Return(s)**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/07/2019 | Tax Return Preparation prepare 1040 for 2018 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.50 | $ 106.38 |
| 12/19/2019 | Tax Return Preparation prepare 2016 tax return for federal and NY | Lewis | 1.00 | 212.77 |
| 12/20/2019 | Tax Return Preparation prepare 2016 tax return for federal and NY | Lewis | 1.50 | 319.15 |
| 12/20/2019 | Tax Return Preparation prepare 2017 tax return for federal and NY | Lewis | 2.00 | 425.53 |
| 12/20/2019 | Tax Return Preparation prepare 2018 tax return for federal and NY | Lewis | 0.50 | 106.38 |
| 12/21/2019 | Tax Return Review three years of return review 2016,2017 and 2018 | Rosenfield | 2.00 | 460.99 |
| 12/21/2019 | Tax Return Preparation prepare 2018 tax return for federal and NY and all workpapers | Lewis | 1.75 | 372.34 |
| 12/23/2019 | Tax Return Preparation prepare 2016 tax return for federal and NY | Lewis | 0.34 | 72.34 |
| 12/23/2019 | Tax Return Preparation | Lewis | 0.33 | 70.21 |

Rosenfield and Company, PLLC
Michael & Lynne S. Koufakis
Invoice No.    21720                                                                *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | prepare 2017 tax return for federal and NY | | | |
| 12/23/2019 | Tax Return Preparation | Lewis | 0.33 | 70.21 |
| | prepare 2018 tax return for federal and NY | | | |
| 12/24/2019 | Tax Return Review | Rosenfield | 1.00 | 230.50 |
| 12/30/2019 | Tax Administration | Lewis | 0.25 | 53.20 |
| | prepare e-file authorizations for 2016 - 2018 | | | |

Current Amount Due     2,500.00

Prior Balance     0.00

Total Amount Due   $    2,500.00

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

🖨 Print2020-CA-004146-O : ROSENFIELD AND COMPANY PLLC vs. STAR AUTOMOTIVE GROUP INCet al.

## Case Header ⌄

| | |
|---|---|
| Case Type: | CA - Breach of Agreement/Contract |
| Date Filed: | 4/20/2020 |
| Location: | Div 33 |
| UCN: | 482020CA004146A001OX |
| Judge: | Kevin B. Weiss |
| Status: | Pending |
| Citation Number: | |
| Compliance Date: | |

## Parties ⌄

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| ROSENFIELD AND COMPANY PLLC | Plaintiff | GEORGE MAGRUDER | 407-843-8880 |
| STAR AUTOMOTIVE GROUP INC | Defendant | | |
| STAR AUTO BODY OF QUEENS VILLAGE LLC | Defendant | | |
| STAR AUTO SALES OF BAYSIDE INC *STAR TOYOTA DBA* | Defendant | | |
| STAR AUTO SALES OF QUEENS LLC | Defendant | | |
| STAR AUTO SALES OF QUEENS COUNTY LLC *STAR FIAT DBA* | Defendant | | |
| METRO CHRYSLER PLYMOUTH INC *STAR CHRYSLER JEEP DODGE RAM SRT FIAT DBA* | Defendant | | |
| STAR HYUNDAI LLC *STAR HYUNDAI STAR GENESIS OF BAYSIDE DBA* | Defendant | | |
| STAR NISSAN INC *STAR NISSAN DBA* | Defendant | | |
| 205 11 NORTHERN BOULEVARD LLC | Defendant | | |
| 210 10 JAMAICA AVENUE LLC | Defendant | | |
| 211 48 JAMAICA AVENUE LLC | Defendant | | |
| KOUFAKIS REALTY LLC | Defendant | | |

## Charge Details ⌄

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

Ex. B

## Docket Events ⌄

Document Status: 📄 = Public 🔒 = VOR 🗃️ = Confidential ✉️ = Sealed ⏱️ = Request Pending.

| Date | Description | Pages | Doc | Request Doc |
|------|-------------|-------|-----|-------------|
| 4/20/2020 | | 55 | | |
| 4/20/2020 | | 3 | | |
| 4/20/2020 | Case Initiated | | | |

## Hearings ⌄

| Date | Hearing | Time | Location | Pages | Doc |
|------|---------|------|----------|-------|-----|

## Financial ⌄

| Date | Description | Payer | Amount |
|------|-------------|-------|--------|
| 4/20/2020 | Transaction Assessment | | 437.50 |
| 4/20/2020 | Payment | GrayRobinson, P.A. | -437.50 |

## Bonds ⌄

| Description | Status Date | Bond Status | Image | Amount |
|-------------|-------------|-------------|-------|--------|

## Warrants ⌄

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|--------|-------------------|------------|--------------|-------------|-----------------|--------------|

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>NINTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ORANGE</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>Rosenfield and Company PLLC</u>
 Plaintiff
                    vs.

<u>Star Automotive Group Inc, Star Auto Body of Queens Village LLC, Star Auto Sales of Bayside Inc dba Star</u>
<u>Toyota, Star Auto Sales of Queens LLC, Star Auto Sales of Queens County LLC dba Star Fiat, Metro Chrysler</u>
<u>Plymouth Inc dba Star Chrysler Jeep, Star Hyundai LLC dba Star Hyundai, Star Nissan Inc, 205 11 Northern</u>
<u>Boulevard LLC, 210 10 Jamaica Avenue LLC, 211 48 Jamaica Avenue LLC, Koufakis Realty LLC, Koufakis</u>
<u>Realty 211 52 Jamaica Avenue LLC, The John M Koufakis Grandchildrens Trust, Shailja Bhatnager, Eileen</u>
<u>Koufakis, John A Koufakis, Lynne S Koufakis, Michael Koufakis, Steven M Koufakis</u>
Defendant

---

**II.    AMOUNT OF CLAIM**
 Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>122,000</u>

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

__ Condominium
__ Contracts and indebtedness
__ Eminent domain
__ Auto negligence
__ Negligence – other
    __ Business governance
    __ Business torts
    __ Environmental/Toxic tort
    __ Third party indemnification
    __ Construction defect
    __ Mass tort
    __ Negligent security
    __ Nursing home negligence
    __ Premises liability – commercial
    __ Premises liability – residential
__ Products liability
__ Real Property/Mortgage foreclosure
    __ Commercial foreclosure
    __ Homestead residential foreclosure

    __ Non-homestead residential foreclosure
    __ Other real property actions
__ Professional malpractice
    __ Malpractice – business
    __ Malpractice – medical
    __ Malpractice – other professional
__ Other
    __ Antitrust/Trade Regulation
    __ Business Transaction
    __ Circuit Civil - Not Applicable
    __ Constitutional challenge-statute or ordinance
    __ Constitutional challenge-proposed amendment
    __ Corporate Trusts
    __ Discrimination-employment or other
    __ Insurance claims
    __ Intellectual property
    __ Libel/Slander
    __ Shareholder derivative action
    __ Securities litigation
    __ Trade secrets

    __   Trust litigation

__  County Civil
    __   Small Claims up to $8,000
    __   Civil
    __   Replevins
    __   Evictions
    __   Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes __ No __

IV.  **REMEDIES SOUGHT** (check all that apply):
   __  Monetary;
   __  Non-monetary declaratory or injunctive relief;
   __  Punitive

V.  **NUMBER OF CAUSES OF ACTION:**
   (Specify)

   1

VI.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
   __  Yes
   __  No

VII.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   __  No
   __  Yes – If "yes" list all related cases by name, case number and court:

VIII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   __  Yes
   __  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ George Brock Magruder III
                   Attorney or party
FL Bar No.:  112614
             (Bar number, if attorney)
             George Brock Magruder III
             (Type or print name)
   Date:  04/20/2020