# Exhibit I

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:20-cv-00857-WWB-EJK

| | |
|---|---|
| Rosenfield and Company, PLLC v. Star Automotive Group, Inc. | Date Filed: 05/19/2020 |
| Assigned to: Judge Wendy W. Berger | Date Terminated: 08/27/2020 |
| Referred to: Magistrate Judge Embry J. Kidd | Jury Demand: Both |
| Demand: $9,999,000 | Nature of Suit: 190 Contract: Other |
| Case in other court: Orange County Circuit Court, 2020-CA-4146 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Contract Dispute | |

**Plaintiff**

**Rosenfield and Company, PLLC**　　　　　　represented by **George Brock Magruder , III**
*a Florida Professional Limited Liability*　　　　　　　　　　　　GrayRobinson, PA
*Company*　　　　　　　　　　　　　　　　　　　　　　　　　301 E Pine St Ste 1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　407/843-8880
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 407/244-5690
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: brock.magruder@gray-robinson.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jason Alec Zimmerman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GrayRobinson, PA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301 E Pine St Ste 1400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　407/244-5669
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 407/244-5690
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jason.zimmerman@gray-robinson.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Star Automotive Group, Inc.**　　　　　　represented by **Jamie S. Felsen**
*a foreign corporation*　　　　　　　　　　　　　　　　　　　Milman Labuda Law Group PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3000 Marcus Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3W8
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lake Success, NY 11042
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　516-303-1391
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 516-328-0082
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jamiefelsen@mllaborlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Kyle Dudek**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Henderson, Franklin, Starnes & Holt, PA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1715 Monroe St
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 280
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ft Myers, FL 33902-0280
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　239/344-1237

|  |  |
|---|---|
|  | Fax: 239/344-1494<br>Email: kyle.dudek@henlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Star Auto Body of Queens Village, LLC**<br>*a foreign limited liability company*<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Star Auto Sales of Bayside, Inc.**<br>*a foreign corporation*<br>*TERMINATED: 08/14/2020*<br>*doing business as*<br>Star Toyota<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Star Auto Sales of Queens, LLC**<br>*a foreign limited liability company*<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Star Auto Sales of Queens County, LLC**<br>*a foreign limited liability company*<br>*TERMINATED: 08/14/2020*<br>*doing business as*<br>Star Fiat<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Metro Chrysler Plymouth, Inc.**<br>*a foreign corporation*<br>*TERMINATED: 08/14/2020*<br>*doing business as*<br>Star Chrysler Jeep Dodge Ram SRT Fiat<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |

**Star Hyundai, LLC**
*a foreign limited liability company*
TERMINATED: 08/14/2020
doing business as
Star Hyundai Star Genesis of Bayside
TERMINATED: 08/14/2020

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Star Nissan, Inc.**
*a foreign corporation*
TERMINATED: 08/14/2020
doing business as
Star Nissan
TERMINATED: 08/14/2020

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**205-11 Northern Boulevard, LLC**
*a foreign limited liability company*
TERMINATED: 08/14/2020

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**210-10 Jamaica Avenue LLC**
*a foreign limited liability company*
TERMINATED: 08/14/2020

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**211-48 Jamaica Avenue, LLC**
*a foreign limited liability company*
TERMINATED: 08/14/2020

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koufakis Realty, LLC**
*a foreign limited liability company*
TERMINATED: 08/14/2020

represented by **Jamie S. Felsen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Koufakis Realty 211-52 Jamaica Avenue, LLC**<br>*a foreign limited liability company*<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**The John M. Koufakis Grandchildrens Trust**<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Shailja Bhatnager**<br>*an individual*<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Eileen Koufakis**<br>*an individual*<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**John A Koufakis**<br>*an individual*<br>*TERMINATED: 08/14/2020* | represented by **Jamie S. Felsen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kyle Dudek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |

| **Lynne S. Koufakis** | represented by | **Jamie S. Felsen** |
| an individual | | (See above for address) |
| TERMINATED: 08/14/2020 | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kyle Dudek** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Michael Koufakis** | represented by | **Jamie S. Felsen** |
| an individual | | (See above for address) |
| TERMINATED: 08/14/2020 | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kyle Dudek** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Steven M. Koufakis** | represented by | **Jamie S. Felsen** |
| an individual | | (See above for address) |
| TERMINATED: 08/14/2020 | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kyle Dudek** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/19/2020 | 1 | COMPLAINT and NOTICE OF REMOVAL from Orange Count Circuit Court, case number 2020-CA-4146 filed in State Court on 04/20/2020. (Filing fee $ 400, receipt number 113A-16824530) filed by Star Hyundai, LLC, Shailja Bhatnager, Star Auto Sales of Queens County, LLC, Steven M. Koufakis, Star Automotive Group, Inc., 211-48 Jamaica Avenue, LLC, Eileen Koufakis, Koufakis Realty, LLC, Star Nissan, Inc., 210-10 Jamaica Avenue LLC, John A Koufakis, Michael Koufakis, Star Auto Sales of Queens, LLC, Star Auto Body of Queens Village, LLC, Metro Chrysler Plymouth, Inc., The John M. Koufakis Grandchildrens Trust, 205-11 Northern Boulevard, LLC, Star Auto Sales of Bayside, Inc., Lynne S. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC. (Attachments: # 1 State Court COMPLAINT, # 2 State Court Docket Sheet, # 3 State Court Other Documents, # 4 Civil Cover Sheet)(Dudek, Kyle) Modified text on 5/20/2020 (LDJ). (Entered: 05/19/2020) |
| 05/19/2020 | 2 | NEW CASE ASSIGNED to Judge Wendy W. Berger and Magistrate Judge Embry J. Kidd. New case number: 6:20-cv-857-Orl-78EJK. (SJB) (Entered: 05/19/2020) |
| 05/21/2020 | 3 | MOTION for Jamie S. Felsen to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16834713 for $150 by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Automotive Group, Inc., Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust. (Dudek, Kyle) Motions referred to Magistrate Judge Embry J. Kidd. (Entered: 05/21/2020) |

| | | |
|---|---|---|
| 05/22/2020 | 4 | **RELATED CASE ORDER AND NOTICE** of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 6/5/2020. Signed by Deputy Clerk on 5/22/2020. (RMF)ctp (Entered: 05/22/2020) |
| 05/22/2020 | 5 | **INTERESTED PERSONS ORDER** Certificate of interested persons and corporate disclosure statement due by 6/5/2020. Signed by Judge Wendy W. Berger on 5/22/2020. (RMF)ctp (Entered: 05/22/2020) |
| 05/22/2020 | 6 | **NOTICE TO COUNSEL AND PARTIES:** Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 5/22/2020. (RMF)ctp (Entered: 05/22/2020) |
| 05/22/2020 | 7 | **ORDER granting** 3 Defendants' Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Embry J. Kidd on 5/22/2020. (RMN) (Entered: 05/22/2020) |
| 05/26/2020 | 8 | **STANDING ORDER ON DISCOVERY MOTIONS.** Signed by Magistrate Judge Embry J. Kidd on 1/3/2020. (PML) ctp (Entered: 05/26/2020) |
| 06/02/2020 | 9 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Automotive Group, Inc., Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust. (Dudek, Kyle) (Entered: 06/02/2020) |
| 06/02/2020 | 10 | NOTICE of pendency of related cases per Local Rule 1.04(d) re 4 Related Case Order by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Automotive Group, Inc., Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust. Related case(s): No (Dudek, Kyle) Modified on 6/3/2020 (RDO). (Entered: 06/02/2020) |
| 06/05/2020 | 11 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Rosenfield and Company, PLLC. (Magruder, George) (Entered: 06/05/2020) |
| 06/05/2020 | 12 | NOTICE of pendency of related cases re 4 Related case order and track 2 notice per Local Rule 1.04(d) by Rosenfield and Company, PLLC. Related case(s): No (Magruder, George) (Entered: 06/05/2020) |
| 08/07/2020 | 13 | NOTICE of Filing Acceptance of Defendants' Rule 68 Offer of Judgment by 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Shailja Bhatnager, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Steven M. Koufakis, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Felsen, Jamie) Modified text on 8/10/2020 (LDJ). (Entered: 08/07/2020) |
| 08/14/2020 | 14 | **ORDER:** The Clerk of Court is directed to enter judgment in favor of Plaintiff according to the terms of Defendants' Offer of Judgment (Doc. 13-1), which Plaintiff accepted, as set forth herein. After entry of judgment, the Clerk of Court is directed to terminate Star Auto Body of Queens Village, LLC; Star Auto Sales of Bayside, Inc.; Star Auto Sales of Queens, LLC; Star Auto Sales of Queens County, LLC; Metro Chrysler Plymouth, Inc.; Star Hyundai, LLC; Star Nissan, Inc.; 205-11 Northern Boulevard, LLC; 210-10 Jamaica Avenue LLC; 211-48 Jamaica Avenue, LLC; Koufakis Realty, LLC; Koufakis Realty 211-52 Jamaica Avenue, LLC; The John M. Koufakis Grandchildrens Trust; Shailja Bhatnager; Eileen Koufakis; John A. |

| | | |
|---|---|---|
| | | Koufakis; Lynne S. Koufakis; Michael Koufakis; and Steven M. Koufakis as Defendants in this action. Signed by Judge Wendy W. Berger on 8/14/2020. (RMF)ctp (Entered: 08/14/2020) |
| 08/14/2020 | 15 | **JUDGMENT** in favor of Rosenfield and Company, PLLC against 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Shailja Bhatnager, Steven M. Koufakis in the amount of $28,648.50. ( Signed by Deputy Clerk) (LDJ) (Entered: 08/14/2020) |
| 08/26/2020 | 16 | **ORDER to show cause as to Rosenfield and Company, PLLC. The Plaintiff is hereby ORDERED TO SHOW CAUSE by a written response filed on or before September 1, 2020 why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report. Signed by Judge Wendy W. Berger on 8/26/2020. (RMF)ctp** (Entered: 08/26/2020) |
| 08/26/2020 | 17 | NOTICE of voluntary dismissal by Rosenfield and Company, PLLC (Magruder, George) (Entered: 08/26/2020) |
| 08/27/2020 | 18 | **ORDER dismissing case re 17 Plaintiff's Notice of voluntary dismissal without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case. Signed by Judge Wendy W. Berger on 8/27/2020. (RMF)ctp** (Entered: 08/27/2020) |
| 10/22/2020 | 19 | SATISFACTION of judgment re 15 Judgment entered In favor of Rosenfield and Company, PLLC Against 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty 211-52 Jamaica Avenue, LLC, Koufakis Realty, LLC, Metro Chrysler Plymouth, Inc., Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens County, LLC, Star Auto Sales of Queens, LLC, Star Hyundai, LLC, Star Nissan, Inc., The John M. Koufakis Grandchildrens Trust, Eileen Koufakis, John A Koufakis, Lynne S. Koufakis, Michael Koufakis, Shailja Bhatnager, Steven M. Koufakis by Rosenfield and Company, PLLC. (Magruder, George) Modified text on 10/23/2020 (LDJ). (Entered: 10/22/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/11/2020 13:07:05 | | | |
| **PACER Login:** | TRF545640:2647640:0 | **Client Code:** | Star Auto |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-00857-WWB-EJK |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |