# Exhibit J

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ROSENFIELD AND COMPANY, PLLC, a Florida Professional Limited Liability Company,

    Plaintiff,

v.

STAR AUTOMOTIVE GROUP, INC., a foreign corporation; STAR AUTO BODY OF QUEENS VILLAGE, LLC, a foreign limited liability company; STAR AUTO SALES OF BAYSIDE, INC., a foreign corporation, d/b/a STAR TOYOTA; STAR AUTO SALES OF QUEENS, LLC, a foreign limited liability company; STAR AUTO SALES OF QUEENS COUNTY, LLC, a foreign limited liability company, d/b/a STAR FIAT; METRO CHRYSLER PLYMOUTH INC., a foreign corporation, d/b/a STAR CHRYSLER JEEP DODGE RAM SRT FIAT; STAR HYUNDAI, LLC, a foreign limited liability company, d/b/a STAR HYUNDAI STAR GENESIS OF BAYSIDE; STAR NISSAN, INC., a foreign corporation, d/b/a STAR NISSAN; 205-11 NORTHERN BOULEVARD LLC, a foreign limited liability company; 210-10 JAMAICA AVENUE LLC, a foreign limited liability company; 211-48 JAMAICA AVENUE, LLC, a foreign limited liability company; KOUFAKIS REALTY, LLC, a foreign limited liability company; KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, a foreign limited liability company; THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST; SHAILJA BHATNAGER, an individual; EILEEN KOUFAKIS, an individual; JOHN A. KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an individual; MICHAEL KOUFAKIS, an individual; and STEVEN M. KOUFAKIS, an individual,

    Defendants.

CASE NO.: 6:20-cv-857-Orl-78EJK

**ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff Rosenfield and Company, PLLC, pursuant to Rule 68, Fed. R. Civ. P., hereby gives notice of acceptance of the Offer of Judgment by Defendants Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Auto Sales of Queens County, LLC, Metro Chrysler Plymouth Inc., Star Hyundai, LLC, Star Nissan, Inc., 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue, LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty, LLC, 211-52 Jamaica Avenue, LLC (denominated as Koufakis Realty 211-52 Jamaica Ave, LLC), The John M. Koufakis Grandchildrens Trust, Shailja Bhatnager and John A. Koufakis, Steven M. Koufakis and Eileen Koufakis, and Lynne S. Koufakis (denominated as Lynn S. Koufakis) and Michael Koufakis, dated July 1, 2020, a copy of which is attached hereto.

Respectfully submitted this 15th day of July, 2020,

/s/ Brock Magruder
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2020, a true and correct copy of the foregoing was furnished via email to: Kyle C. Dudek [kyle.dudek@henlaw.com] [sarah.howie@henlaw.com], Henderson, Franklin, Starnes & Holt, Post Office Box 280, Fort Myers, Florida 33902-0280 and Jamie S. Felsen [jamiefelsen@mllaborlaw.com], Milman Labuda Law Group PLLC, 3000 Marcus Avenue, Suite 3W8, Lake Success, New York 11042.


*/s/ Brock Magruder*
**Brock Magruder**
Florida Bar No. 112614

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROSENFIELD AND COMPANY, PLLC, a Florida Professional Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>STAR AUTOMOTIVE GROUP, INC., a foreign corporation; STAR AUTO BODY OF QUEENS VILLAGE, LLC, a foreign limited liability company; STAR AUTO SALES OF BAYSIDE, INC., a foreign corporation, d/b/a STAR TOYOTA; STAR AUTO SALES OF QUEENS, LLC, a foreign limited liability company; STAR AUTO SALES OF QUEENS COUNTY, LLC, a foreign limited liability company, d/b/a STAR FIAT; METRO CHRYSLER PLYMOUTH INC., a foreign corporation, d/b/a STAR CHRYSLER JEEP DODGE RAM SRT FIAT; STAR HYUNDAI, LLC, a foreign limited liability company, d/b/a STAR HYUNDAI STAR GENESIS OF BAYSIDE; STAR NISSAN, INC., a foreign corporation, d/b/a STAR NISSAN; 205-11 NORTHERN BOULEVARD LLC, a foreign limited liability company; 210-10 JAMAICA AVENUE LLC, a foreign limited liability company; 211-48 JAMAICA AVENUE, LLC, a foreign limited liability company; KOUFAKIS REALTY, LLC, a foreign limited liability company; KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, a foreign limited liability company; THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST; SHAILJA BHATNAGER, an individual; EILEEN KOUFAKIS, an individual; JOHN A. KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an | No. 6:20-cv-00857<br><br>OFFER OF JUDGMENT<br>PURSUANT TO F.R.C.P. 68 |

Page 1 of 4

individual; MICHAEL KOUFAKIS, an    )
individual; and STEVEN M. KOUFAKIS, )
an individual,

        Defendants.

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Auto Sales of Queens County, LLC, Metro Chrysler Plymouth Inc, Star Hyundai, LLC, Star Nissan, Inc., 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue, LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty, LLC, 211-52 Jamaica Avenue, LLC (improperly denominated as Koufakis Realty 211-52 Jamaica Ave, LLC), The John M. Koufakis Grandchildrens Trust, Shailja Bhatnager and John A. Koufakis, Steven M. Koufakis and Eileen Koufakis, and Lynne S. Koufakis (improperly denominated as Lynn S. Koufakis) and Michael Koufakis, offer to allow judgment to be taken against them in this action with respect to Count I contained in the Complaint.

The terms of the judgment to which said Defendants consent are Judgments for each respective Defendant as follows:

1) Star Auto Body of Queens Village, LLC, in the total amount of $99.00;
2) Star Auto Sales of Bayside, Inc., d/b/a Star Toyota, in the total amount of $3,598.75;
3) Star Auto Sales of Queens, LLC, in the total amount of $290.00;
4) Star Auto Sales of Queens County, LLC, d/b/a Star Fiat, in the total amount of $150.00;
5) Metro Chrysler Plymouth Inc, d/b/a Star Chrysler Jeep Dodge Ram SRT Fiat, in the total amount of $614.00;
6) Star Hyundai, LLC, d/b/a Star Hyundai Star Genesis of Bayside, in the total amount of $9,000.75;
7) Star Nissan, Inc., d/b/a Star Nissan, in the total amount of $150.00;
8) 205-11 Northern Boulevard, LLC, in the total amount of $377.50;
9) 210-10 Jamaica Avenue, LLC, in the total amount of $140.00;
10) 211-48 Jamaica Avenue, LLC, in the total amount of $140.00;
11) Koufakis Realty, LLC, in the total amount of $280.00;
12) Koufakis Realty 211-52 Jamaica Ave, LLC, in the total amount of $140.00;
13) The John M. Koufakis Grandchildrens Trust in the total amount of $364.50;

14) Shailja Bhatnager and John A. Koufakis, jointly, in the total amount of $5,728.00;
15) Steven M. Koufakis and Eileen Koufakis, jointly, in the total amount of $4,048.00; AND
16) Lynne S. Koufakis and Michael Koufakis, jointly, in the total amount of $3,528.00;

plus interest and costs incurred by Plaintiff Rosenfield and Company PLLC in litigating said Count to the date of this offer.

This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff Rosenfield and Company PLLC has suffered any damages.

Plaintiff Rosenfield and Company PLLC has fourteen (14) days from the date on which this offer was served in which to accept in writing. If Plaintiff accepts this offer, the offer will be filed with the court, and the clerk of the court will enter a final judgment in this action that conforms to the terms set out in this offer. If Plaintiff fails to accept the offer within the time allowed, it is deemed withdrawn. If Plaintiff fails to recover a more favorable judgment than the one specified in this offer of judgment, he may be liable for all the costs of suit incurred by Defendants after the date of this offer.

Dated: July 1, 2020
Lake Success, NY

Jamie S. Felsen, Esq.
MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Defendants
Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Auto Sales of Queens County, LLC, Metro Chrysler Plymouth Inc, Star Hyundai, LLC, Star Nissan, Inc., 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue, LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty, LLC, Koufakis Realty 211-52 Jamaica Ave, LLC, The John M. Koufakis Grandchildrens Trust, Shailja Bhatnager and John A.

Koufakis jointly, Steven M. Koufakis and Eileen Koufakis, jointly, and Lynn S. Koufakis and Michael Koufakis
3000 Marcus Avenue, Suite 3W8
Lake Success, NY  11042
(516) 328-8899

Page **4** of **4**