UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ROSENFIELD & COMPANY, PLLC, a Florida Professional Limited Liability Company,<br><br>　　　　　Plaintiff,<br>v.<br><br>TRACHTENBERG, RODES & FRIEDBERG LLP,<br><br>　　　　　Defendant. | CASE NO. 6:20-cv-02382-JA-LRH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Rosenfield & Company, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and to resolve the venue and jurisdiction issues raised in Defendant's Motion to Dismiss [Doc. 17] by agreement with Defendant, hereby voluntarily dismisses this action, without prejudice, and will refile its action in the Southern District of New York.

Respectfully submitted this 19th day of February, 2021,

　　　　　　　　　　　　　　　　　　　/s/Brock Magruder
　　　　　　　　　　　　　　　　　　**Jason Zimmerman**
　　　　　　　　　　　　　　　　　　Florida Bar No. 104392
　　　　　　　　　　　　　　　　　　Primary Email Address:
　　　　　　　　　　　　　　　　　　jason.zimmerman@gray-robinson.com
　　　　　　　　　　　　　　　　　　Secondary Email Address:
　　　　　　　　　　　　　　　　　　kathy.savage@gray-robinson.com
　　　　　　　　　　　　　　　　　　shawna.tucker@gray-robinson.com
　　　　　　　　　　　　　　　　　　**Brock Magruder**

Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**Lesley-Anne Marks**
Florida Bar No. 107009
Primary Email Address:
lesley-anne.marks@gray-robinson.com
Secondary Email Address:
sabine.martel@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Leslie A. Wickes, leslie.wickes@arlaw.com, ginger.cassada@arlaw.com, James N. Floyd, james.floyd@arlaw.com, Adams and Reese, LLP, 501 Riverside Avenue, Suite 601, Jacksonville, Florida 32202; and Leonard A. Rodes, LRodes@TRFLaw.com, Trachtenberg, Rodes & Friedberg, LLP, 420 Lexington Avenue, Suite 2800, New York, New York 1017.

/s/Brock Magruder
**Brock Magruder**
Florida Bar No. 112614