# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROSENFIELD & COMPANY, PLLC,**

      **Plaintiff,**

v.                                    **Case No. 6:20-cv-2382-JA-LRH**

**TRACHTENBERG, RODES & FRIEDBERG LLP,**

      **Defendant.**

## ORDER

In light of the Notice of Voluntary Dismissal (Doc. 19) filed by Plaintiff, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 22, 2021.



JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record